# EXHIBIT A

## PLAINTIFF'S COMPLAINT
## AND DEMAND FOR JURY TRIAL

*NOAH PETERSEN*
*V.*
*CITY OF NEWTON, IOWA, ET AL.,*

**From:** Noah Petersen
**Sent:** Friday, September 30, 2022 9:29:38 AM
**To:**
**Subject:** Police

Hello. I am writing to you to ask you to use your position in the city to apply pressure on the NPD to realize records related to the domestic abuse committed by cop Nathan Winters. The public has a right to know how NPD responded to the fact one of their own cops currently has a restraining on him (and his victim recently filed to extend said order) due to the fact cop Nathan Winters abused them. Attached are two images my request for records and NPD response to the request, of note they left out the ' by the lawful custodian of the records' of 22.7.

> September 4, 2022 6:38 P.M.
> Hello. I am requesting records all communications to or from NPD staff related to/ discussing the petition for relief of Domestic Abuse filed against Nathan Winters. Thank you

> Also I need a specific citation from Chapter 22 on why your denying my September 4 request.
>
> Iowa Code Section 22.7 provides seventy-four categories of records that are required to be kept confidential, unless otherwise ordered by a court or another person duly authorized to release such information. The primary category that applies to the records requested is Subsection 22.7.11, which identifies personnel records as records that are to be kept confidential. Since the documentation you requested is part of the officer's personnel file and related to the officer's employment, the records are exempt from disclosure and will not be released without a court order. Pursuant to Iowa Code 22.7.11, as well as the Peace Officer's Bill of Rights, if any of these types of records were in the possession of the City, they would not be released absent a court order.