# EXHIBIT B

**PLAINTIFF'S COMPLAINT
AND DEMAND FOR JURY TRIAL**

*NOAH PETERSEN
v.
CITY OF NEWTON, IOWA, ET AL.,*

**From:** Mike Hansen <mikeh@newtongov.org>
**Sent:** Friday, September 30, 2022 1:18:58 PM
**To:** █████████████████████████████████
**Subject:** Requested Information regarding Officer Winters

Mr. Peterson-
I have been advised by Chief Burdess that a response has been provided to you. It's my understanding from consultation with the city attorney, the information you requested are matters contained in personnel records and are exempt by Iowa Code as it pertains to personnel records and Peace Officer bill of Rights.  As has been stated before on more than one occasion, Officer Winters has NEVER been charged or convicted of any type of domestic violence.  The order you are referring to is a CIVIL matter agreed to by BOTH parties as a resolution to a civil matter between them. Any further request for information should be directed to Matt Brick, city attorney.
Respectfully,
Mayor Michael L. Hansen


Sent from my iPhone