# EXHIBIT C

**PLAINTIFF'S COMPLAINT
AND DEMAND FOR JURY TRIAL**

*NOAH PETERSEN
v.
CITY OF NEWTON, IOWA, ET AL.,*

**From**: Noah Petersen
**Sent**: Tuesday, April 19, 2022 4:39:08 PM (UTC-06:00) Central Time (US & Canada)
**To**: City of Newton Iowa
**Subject**: Public comment

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello. This is my public comment for the city council meeting of April 19,2022.
Defund Newton police department. They are a violent, civil and human rights violating organization who do not make our community safer. Reallocate funds from policing to actually help people with substance abuse issues, it is a health issue and the 'war on drugs' is simply a harmful war on human beings in our community. Reallocate funds to an actually viable public transportation system. Reallocate funds to a different organization that deals with traffic infractions instead of an armed paramilitary to deal with traffic. Relocate funds to deal with the housing crisis by creating a robust public housing program for the poor and working class. Thank you