# EXHIBIT D

### PLAINTIFF'S COMPLAINT
### AND DEMAND FOR JURY TRIAL

*NOAH PETERSEN*
*V.*
*CITY OF NEWTON, IOWA, ET AL.,*

**From:** City of Newton Iowa <cityofnewton@newtongov.org>
**Sent:** Apr 22, 2022, at 2:49 PM
**To:** Noah Petersen
**Subject:** Re: Public comment pt. 2

Thank you Noah, is there something specific that your comments are referring too that I can look into for you?  Are you referring to Newton specifically or police in general?  The City of Newton does commit funding to the HIRTA Public Transportation System and for low to moderate income housing projects within the community.  The substance abuse issue is of concern all across the country.  With the opioid settlement being recently resolved, the Iowa Department of Public Health, the Iowa Department of Human Services, and the University of Iowa will be determining how best to use the state's share to boost addiction treatment and prevention efforts within the state.  If you would like more information regarding these programs please let us know.

Comments during a City Council Meeting must be related to specific City policies or the provision of City services and shall not include derogatory statements.  I will forward your comments on but they will not be read aloud during a council meeting due to the derogatory statements.   If you have specific issues with the Newton Police Department, I invite you to contact the Chief of Police.