# EXHIBIT E

**PLAINTIFF'S COMPLAINT
AND DEMAND FOR JURY TRIAL**

*NOAH PETERSEN
v.
CITY OF NEWTON, IOWA, ET AL.,*

**IN THE IOWA DISTRICT COURT IN AND FOR**
**JASPER COUNTY**

This Complaint and Affidavit is to be:

☒ Filed with Court Clerk (cc: CA)
☐ Submitted to County Attorney
☐ Filed with JCO - Defendant is a Juvenile

Agency Form Number: **22-29758**
Arrest Date: **10/03/2022**

## THE STATE OF IOWA

VS.

### OFFENDER

| Last | First | Middle | Suffix |
|---|---|---|---|
| PETERSEN | NOAH | JAMES | |

| Address | City | State | Zip Code |
|---|---|---|---|
| | | | |

| DL# | State | DL Class | DL Endorsements | DL Restrictions |
|---|---|---|---|---|
| | IA | C | | B |

| Date of Birth | Gender | Race | Ethnicity |
|---|---|---|---|
| | MALE | WHITE - W | UNKNOWN - U |

| Height | Weight | Eye Color | Hair Color |
|---|---|---|---|
| 6' 00" | 180 LBS | BROWN - BRO | |

### OFFENSE

| State | County | Local | Code Section | Crime Description | Speed | in | Zone |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | 723.4(1)(D) | DISORDERLY CONDUCT - DISRUPT/DISTURB LAWFULLY ASSEM | | | |

| Class | Serious P.I. | Fatal Accident | Civil Damage Assessment | Other |
|---|---|---|---|---|
| SMMS | ☐ | ☐ | ☐ | ☐ |

Location Type
**11 - GOVERNMENT/PUBLIC BUILDING**

Literal Description
**WEST 4TH ST SOUTH**

| Address | City | State | Zip Code |
|---|---|---|---|
| 101 W 4TH ST S | NEWTON | IA | 50208 |

| Is Date and Time of Incident Known? | Incident Date or Low Range | Upper Date Range | Incident Time or Low Range | Upper Time Range |
|---|---|---|---|---|
| YES | 10/03/2022 | | 18:45 | |

### STATUS OF OFFENDER/JUVENILE

| ☒ TAKEN INTO CUSTODY | CUSTODY<br>1 - JAILED | ☐ SUMMONS TO APPEAR<br>(Citation Issued) |
|---|---|---|
| ☐ WARRANT REQUESTED | ☐ NO CONTACT ORDER REQUESTED | ☐ RELEASED TO PARENT/GUARDIAN |

### NARRATIVE

Narrative of Offense Committed

On or about the above stated date and time, the Defendant did

without lawful authority or color of authority, did disturb any lawful assembly or meeting of persons by conduct intended to disrupt the meeting or assembly

### VICTIM INFORMATION (Optionally displayed, especially if NCO is requested)

| Last | First | Middle | Suffix |
|---|---|---|---|
| SOCIETY | | | |

Business/Organization/State/County/Municipality Name

| Address | City | State | Zip |
|---|---|---|---|
| | | | |

## AFFIDAVIT

**STATE OF IOWA,         JASPER COUNTY**

I, the undersigned, being duly sworn, state that all facts contained in this Complaint and Affidavit, known by me or told to me by other reliable persons form the basis for my belief that he defendant committed his crime

State all facts and persons relied upon supporting elements of alleged crime

On 10/03/2022, the defendant attended a city hall assembly at 101 W 4th St S. The Mayor and Chief of Police advised the defendant was instructed to leave the assembly. The defendant refused to leave the assembly and the ground in which the assembly was occurring. The defendant interrupted the assembly after being advised to leave the assembly.

Printed At   NEWTON POLICE DEPARTMENT         10/3/2022      7:32 PM      Page 1  of  2      Form #:   22-29758

E-FILED 2022 OCT 3 7:45 PM JASPER - CLERK OF DISTRICT COURT

*Kurtis Miller*     **MILLER, KURTIS**          **618**

Signature of Complainant or Officer, Officer Name & Number

**GENERAL PROBABLE CAUSE**

| Defendant Implicated |
|---|
| **02 - CAUGHT IN ACT, 07 - IDENTIFIED BY WITNESSES, 08 - CRIME OBSERVED BY OFFICERS** |

| Operating Motor Vehicle in County | Other Physical Evidence | Attempted To Inflict Injury |
|---|---|---|
| | | |

**STATE OF IOWA,     JASPER COUNTY**

| NOTARIAL SEAL IOWA | Subscribed and sworn to before me by the person(s) signing the Complaint and Affidavit(s) on 10/03/2022 | | |
|---|---|---|---|
| | Notary Name | **CHRISTOPHER GAIL WING** | Signature of Verifying Party |
| | Commission Number | **794469** | *Ch Wg* |
| | My Commission Expires | **02/09/2025** | ☐ Peace Officer  ☒ Notary  ☐ Prosecuting Attorney |