# EXHIBIT F

## PLAINTIFF'S COMPLAINT
## AND DEMAND FOR JURY TRIAL

*NOAH PETERSEN*
*V.*
*CITY OF NEWTON, IOWA, ET AL.,*

E-FILED 2022 OCT 24 7:15 PM JASPER - CLERK OF DISTRICT COURT

**IN THE IOWA DISTRICT COURT IN AND FOR**
**JASPER COUNTY**

This Complaint and Affidavit is to be:

☒ Filed with Court Clerk (cc: CA)
☐ Submitted to County Attorney
☐ Filed with JCO - Defendant is a Juvenile

Agency Form Number: **22-31792**
Arrest Date: **10/24/2022**

## THE STATE OF IOWA

VS.

**OFFENDER**

| Last | First | Middle | Suffix |
|---|---|---|---|
| PETERSEN | NOAH | JAMES | |

| Address | City | State | Zip Code |
|---|---|---|---|
| | | | |

| DL# | State | DL Class | DL Endorsements | DL Restrictions |
|---|---|---|---|---|
| | IA | C | | B |

| Date of Birth | Gender | Race | Ethnicity |
|---|---|---|---|
| | MALE | WHITE - W | NOT OF HISPANIC ORIGIN - N |

| Height | Weight | Eye Color | Hair Color |
|---|---|---|---|
| 6' 00" | 240 LBS | BROWN - BRO | BROWN - BRO |

**OFFENSE**

| State | County | Local | Code Section | Crime Description | Speed | in | Zone |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | 723.4(1)(D) | DISORDERLY CONDUCT - DISRUPT/DISTURB LAWFULLY ASSEM | | | |

| Class | Serious P.I. | Fatal Accident | Civil Damage Assessment | Other |
|---|---|---|---|---|
| SMMS | ☐ | ☐ | ☐ | ☐ |

Location Type
**11 - GOVERNMENT/PUBLIC BUILDING**

Literal Description
**WEST 4TH ST SOUTH**

| Address | City | State | Zip Code |
|---|---|---|---|
| 101 W 4TH ST S | NEWTON | IA | 50208 |

| Is Date and Time of Incident Known? | Incident Date or Low Range | Upper Date Range | Incident Time or Low Range | Upper Time Range |
|---|---|---|---|---|
| YES | 10/24/2022 | | 18:25 | |

**STATUS OF OFFENDER/JUVENILE**

| ☐ TAKEN INTO CUSTODY | ☐ CUSTODY | ☒ SUMMONS TO APPEAR (Citation Issued) |
|---|---|---|
| ☐ WARRANT REQUESTED | ☐ NO CONTACT ORDER REQUESTED | ☐ RELEASED TO PARENT/GUARDIAN |

**NARRATIVE**

Narrative of Offense Committed

On or about the above stated date and time, the Defendant did

without lawful authority or color of authority, did disturb any lawful assembly or meeting of persons by conduct intended to disrupt the meeting or assembly

**SUMMONS**     I promise to appear in said court at said time and place.

Signature of Defendant

Court Date **11/15/2022**
Court Time **8:30 AM**

In the Court At   **JASPER COUNTY COURTHOUSE  101 FIRST STREET NORTH  ROOM 104, NEWTON 50208**

**VICTIM INFORMATION (Optionally displayed, especially if NCO is requested)**

| Last | First | Middle | Suffix |
|---|---|---|---|
| | | | |

Business/Organization/State/County/Municipality Name
**CITY OF NEWTON**

| Address | City | State | Zip |
|---|---|---|---|
| 101 W 4TH ST S | NEWTON | IA | 50208 |

E-FILED 2022 OCT 24 7:15 PM JASPER - CLERK OF DISTRICT COURT

## AFFIDAVIT

**STATE OF IOWA,**     **JASPER COUNTY**

I, the undersigned, being duly sworn, state that all facts contained in this Complaint and Affidavit, known by me or told to me by other reliable persons form the basis for my belief that he defendant committed his crime

State all facts and persons relied upon supporting elements of alleged crime

On 10-24-2022 the defendant was speaking at the scheduled city council meeting. During his presentation the defendant began speaking negatively towards the Mayor of Newton and the Police Chief. The defendant used the Mayor's name during his presentation after the Mayor and City Attorney warned all presenters of this. The defendant was asked to leave multiple times and the defendant advised he would need to be escorted out. The city council meeting had to be put on recess to have the defendant removed.

_____   BRISEL, DUSTIN     620

Signature of Complainant or Officer, Officer Name & Number

**GENERAL PROBABLE CAUSE**

Defendant Implicated
**02 - CAUGHT IN ACT, 08 - CRIME OBSERVED BY OFFICERS**

| Operating Motor Vehicle in County | Other Physical Evidence | Attempted To Inflict Injury |
|---|---|---|

**STATE OF IOWA,**     **JASPER COUNTY**

Subscribed and sworn to before me by the person(s) signing the Complaint and Affidavit(s) on  10/24/2022

| Notary Name | **RONALD J COOK** | Signature of Verifying Party |
|---|---|---|
| Commission Number | **220935** | |
| My Commission Expires | **02/12/2023** | ☐ Peace Officer  ☒ Notary  ☐ Prosecuting Attorney |

(Notarial Seal - Iowa)

Printed At  NEWTON POLICE DEPARTMENT          10/24/2022     7:02 PM     Page  2   of  2     Form #:   22-31792