## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| **NOAH PETERSEN**, | |
| *Plaintiff*, | Civil Action No.: 4:23-cv-00408-SMR-SBJ |
| v. | |
| **CITY OF NEWTON, IOWA**, et al., | **PROPOSED SCHEDULING ORDER AND DISCOVERY PLAN** |
| *Defendants*. | |

Counsel have conferred and submit the following case information and proposed dates for case management:

1. Did the parties both (a) enter into an agreement at the Rule 26(f) conference resolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and discovery of electronically stored information?
☒ yes ☐ no

*If any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 14 days after this order and plan has been filed, serve and file a document in which the objections are set forth with particularity.* If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made: **Thursday, February 1, 2024**

2. Deadline for motions to add parties: **Monday, March 11, 2024**

3. Deadline for motions to amend pleadings: **Monday, March 11, 2024**

4. Expert witnesses disclosed by:
a. Plaintiff: **Wednesday, April 10, 2024**
b. Defendant: **Monday, June 10, 2024**
c. Plaintiff Rebuttal: **Tuesday, July 9, 2024**

5. Deadline for *completion* of discovery: **Monday, September 9, 2024**

6.  Dispositive motions deadline: **Monday, October 7, 2024**

7.  Trial Ready Date: **Monday, March 10, 2025**

8.  Has a jury demand been filed? ☒ yes ☐ no

9.  Estimated length of trial: **3 days**

10. Settlement conference (choose one of the following):

     a. ☐ A court-sponsored settlement conference should be set by the court at this time for a date after:

or

     b. ☒ A court-sponsored settlement conference is not necessary at this time.

11. Should the court order a court-sponsored scheduling and planning conference pursuant to Fed. R. Civ. P. 16(b) and 26(f)?
☒ yes ☐ no

12. Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals? 28 U.S.C. § 636(c)?
☐ yes ☒ no

**/s/ Brian Morris**
Brian Morris*
Patrick Jaicomo*
James Knight*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
(703) 682-9320
bmorris@ij.org
pjaicomo@ij.org
jknight@ij.org

Gina Messamer (AT0011823)
PARRISH KRUIDENIER LAW FIRM
2910 Grand Avenue
Des Moines, Iowa 50312
(515) 284-5737
gmessamer@parrishlaw.com

*Admitted Pro hac vice*

**/s/ Jason Palmer**
Jason Palmer
LAMSON DUGAN AND MURRAY, LLP
1045 76th Street, Suite 3000
West Des Moines, IA 50266
(515) 823-0458
jpalmer@ldmlaw.com

## JUDGE'S REVISIONS

The deadline in Paragraph _____ is changed to _____.
The deadline in Paragraph _____ is changed to _____.
The deadline in Paragraph _____ is changed to _____.

**IT IS ORDERED** that this proposed Scheduling Order and Discovery Plan:
☐is approved and adopted by this court.
☐is not approved and adopted by this court.

**IT IS FURTHER ORDERED** that a scheduling and planning conference:
   ☐will not be scheduled at this time.
   ☐will be held in the chambers of Judge _____ at the
   U.S. Courthouse in _____, Iowa on the _____ day
   of _____, at _____ o'clock ☐a.m. ☐p.m.
   ☒will be held by telephone conference, initiated by the court, on the 11th___
   day of _____January_____, at __10:30_____ o'clock ☒a.m. ☐p.m.

**DATED** this _____ day of _____, _____.


_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT