UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **NOAH PETERSEN**, <br>     *Plaintiff*, <br><br> v. <br><br> **CITY OF NEWTON, IOWA**, **MICHAEL HANSEN**, Mayor of Newton, sued in his official and individual capacity, and **ROB BURDESS**, Chief of the Newton Police Department, sued in his official and individual capacity <br>     *Defendants*. | Law No. 4:23-cv-00408-SMR-SBJ <br><br> **APPEARANCE FOR DEFENDANTS** |

**COME NOW** Jason C. Palmer of Lamson Dugan & Murray LLP, and hereby enters his appearance on behalf of Defendants City of Newton, Iowa, Michael Hansen, and Rob Burdess.

                                  CITY OF NEWTON, MICHAEL HANSEN, and
                                ROB BURDESS, Defendants,

By: */s/ Jason C. Palmer*
_____
Jason C. Palmer   AT0006089
Georgia R. Rice   AT0015229
LAMSON DUGAN & MURRAY, LLP
1045 76th Street, Ste. 3000
West Des Moines, IA  50266
Telephone:   (515) 823-0458
Facsimile:   (515) 298-6536
E-Mails:   jpalmer@ldmlaw.com
           grice@ldmlaw.com

ATTORNEYS FOR DEFENDANTS

Copy to all Counsel of Record via CM-ECF

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on the 11th of January, 2024 by:

☐ U.S. Mail                ☐ FAX
☐ Hand Delivered           ☐ UPS
☐ Federal Express          ☒ Other: Electronic Transmission

*/s/ Analese Hauber*