## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| **NOAH PETERSEN**,<br>    *Plaintiff*,<br><br>v.<br><br>**CITY OF NEWTON, IOWA**, **MICHAEL HANSEN**, Mayor of Newton, sued in his official and individual capacity, and **ROB BURDESS**, Chief of the Newton Police Department, sued in his official and individual capacity<br>    *Defendants*. | Law No. 4:23-cv-00408-SMR-SBJ<br><br>**APPEARANCE FOR DEFENDANTS** |

    **COME NOW** Georgia R. Rice of Lamson Dugan & Murray LLP, and hereby enters her appearance on behalf of Defendants City of Newton, Iowa, Michael Hansen, and Rob Burdess.

                                      CITY OF NEWTON, MICHAEL HANSEN, and
                                      ROB BURDESS, Defendants,

By: */s/ Georgia R. Rice*
_____
    Georgia R. Rice   AT0015229
    Jason C. Palmer   AT0006089
    LAMSON DUGAN & MURRAY, LLP
    1045 76th Street, Ste. 3000
    West Des Moines, IA  50266
    Telephone:   (515) 823-0458
    Facsimile:    (515) 298-6536
    E-Mails:      grice@ldmlaw.com
                        jpalmer@ldmlaw.com

                                ATTORNEYS FOR DEFENDANTS

Copy to all Counsel of Record via CM-ECF

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on the 11th of January, 2024 by:

☐ U.S. Mail          ☐ FAX
☐ Hand Delivered     ☐ UPS
☐ Federal Express    ☒ Other: Electronic Transmission

*/s/ Analese Hauber*