# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | | |
|---|---|---|
| NOAH PETERSEN, | * | CIVIL NO. 4:23-cv-00408-SMR-SBJ |
| Plaintiff, | * | |
| v. | * | |
| CITY OF NEWTON, IOWA, MICHAEL HANSEN, Mayor of Newton, sued in his official and individual capacity, and ROB BURDESS, Chief of the Newton Police Department, sued in his official and individual capacity, | * | **SCHEDULING AND TRIAL SETTING ORDER** |
| Defendants. | * | |

A scheduling conference was conducted pursuant to Fed. R. Civ. P. 16 on January 11, 2024. Based on the discussions during the conference and the parties' proposed schedule (Dkt. 10), it is hereby ordered:

1. A Jury Trial will be set to begin on May 12, 2025, at 9:00 a.m., before United States Chief Judge Stephanie M. Rose, in the United States Courthouse, Des Moines, Iowa. The parties estimate trial will take 3 days.

2. A Final Pretrial Conference will be held on April 17, 2025, at 11:00 a.m., in the United States Courthouse, Des Moines, Iowa, before United States Magistrate Judge Stephen B. Jackson, Jr.

3. The parties must exchange initial disclosures by February 1, 2024.

4. Motions to add parties must be filed by March 11, 2024.

5. Motions for leave to amend pleadings must be filed by March 11, 2024.

6. Plaintiff must designate expert witnesses and disclose their written reports by April 10, 2024.

7. Defendants must designate expert witnesses and disclose their written reports by June 10, 2024.

8.  Plaintiff must designate rebuttal expert witnesses and disclose their written reports by July 9, 2024.

9.  Discovery must be completed by September 9, 2024. Written discovery must be propounded so that the time for response is not later than the deadline to complete discovery.

10. Dispositive motions must be filed by October 7, 2024.

IT IS SO ORDERED.

Dated January 11, 2024.

_____
STEPHEN B. JACKSON, JR.
UNITED STATES MAGISTRATE JUDGE