UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **NOAH PETERSEN**, <br> *Plaintiff*, <br><br> v. <br><br> **CITY OF NEWTON, IOWA**, **MICHAEL HANSEN**, Mayor of Newton, sued in his official and individual capacity, and **ROB BURDESS**, Chief of the Newton Police Department, sued in his official and individual capacity <br><br> *Defendants*. | Civil Action No.: 4:23-cv-00408-SMR-SBJ <br><br> **DEFENDANTS' STATUS UPDATE WITH REGARD TO ONGOING DISCOVERY ISSUES** |

**COME NOW** the Defendants, City of Newton, Iowa, Michael Hansen, and Rob Burdess, and hereby notifies the Court of the following:

1. On Wednesday, September 11, 2024, the Court and the parties had a status conference. At that status conference the Court ordered that counsel for the Plaintiff and Defendant have a discussion that same day, at 12:00 P.M. CST to discuss the following:

   a. Defense counsels' response to email questions (not a formal discovery request); and Plaintiff's failure to provide patients waiver for Plaintiffs current and historical mental health records.

2. The Defendant provided Plaintiff the answers to the email questions on September 13, 2024. The Defendant forwarded Plaintiff a standard "Iowa Doc" Patients' Waiver on September 11, 2024.

3. The Plaintiff provided Defendant with Supplemental Responses to Interrogatories late Monday evening and these responses have not yet been reviewed in detail.

1

Plaintiff has yet to verify that the patient waiver will be signed and provided to the Defendant. Plaintiff has suggested the issuance of the patient's waiver is conditional upon an agreed protective order regarding the medical records to be obtained.

4. Plaintiff's counsel indicated he had some, but not all of the mental health records on September 11, 2024. He did at some point offer to provide those records in lieu of a patient's waiver. Defense counsel reiterated the need for the patient's waiver and list of medical providers.

**WHEREFORE** the Defendants, City of Newton, Iowa, Michael Hansen, and Rob Burdess, hereby notify the Court of the ongoing discovery issues.

CITY OF NEWTON, MICHAEL HANSEN, and ROB BURDESS, Defendants,

By: _____
Jason C. Palmer  AT0006089
Georgia R. Rice  AT0015229
LAMSON DUGAN & MURRAY, LLP
6400 Westown Pkwy, Ste. 280
West Des Moines, IA  50266
Phone:  (515) 823-0458
Fax:  (515) 298-6536
E-Mail:  jpalmer@ldmlaw.com
             grice@ldmlaw.com

ATTORNEYS FOR DEFENDANTS

Patrick Jaicomo*
James T. Knight II*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, Virginia 22203
Tel: (703) 682-9320
bmorris@ij.org
pjaicomo@ij.org
jknight@ij.org

Gina Messamer (AT0011823)
PARRISH KRUIDENIER LAW FIRM
2910 Grand Avenue
Des Moines, Iowa 50312
Tel: (515) 284-5737
gmessamer@parrishlaw.com

Counsel for Plaintiff Noah Petersen
*Admitted Pro Hac Vice

ATTORNEYS FOR PLAINTIFF

---

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at their respective address as disclosed by the pleadings of record herein, on the 17th day of September, 2024 by:

☐ U.S. Mail         ☐ FAX
☐ Hand Delivered    ☐ UPS
☐ Federal Express   ☑ Other: EDMS

/s/ *Misty Munoz*