UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **NOAH PETERSEN**, <br> *Plaintiff*, <br> v. <br> **CITY OF NEWTON, IOWA**, **MICHAEL HANSEN**, Mayor of Newton, sued in his official and individual capacity, and **ROB BURDESS**, Chief of the Newton Police Department, sued in his official and individual capacity <br> *Defendants*. | Civil Action No.: 4:23-cv-00408-SMR-SBJ <br><br> **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

**COME NOW** the Defendants, City of Newton, Iowa, Michael Hansen, and Rob Burdess, and hereby move for summary judgment pursuant to Rule 56(a) of the *Federal Rules of Civil Procedure*, and in support thereof, state as follows:

1. Plaintiff filed his Complaint in the United States District Court for the Southern District of Iowa, Central Division, on October 12, 2023. Plaintiff alleged nine (9) counts of liability against the Defendants.

2. Trial is scheduled for May 12, 2024.

3. Dispositive motions must be filed by October 7, 2024.

4. There is no genuine issue of material fact with respect to the matters set forth in Defendants' Statement of Undisputed Material Facts filed herewith.

5. Count I and II, retaliation under the First Amendment, and Counts VI and VII, unreasonable seizure under the Fourth Amendment, fail as to Police Chief

1

Burdess fail because he acted pursuant to probable cause.

6. Burdess cannot be liable under Counts II or VII because he did not effectuate Plaintiff's October 24 arrest.

7. In the alternative, Burdess is immune from Counts I, II, VI, and VII because the law was not clearly established at the time of Plaintiff's arrests that there was not probable cause to arrest him for disorderly conduct.

8. Count I fails as to Hansen because Plaintiff was engaged in unprotected speech.

9. Hansen is entitled to qualified immunity for Counts I and II because the law was not clearly established that Plaintiff's speech was protected.

10. Hansen cannot be liable under Counts VI and VII because he did not effectuate or cause Plaintiff's arrests.

11. Count V fails as a matter of law because the Citizen Participation rule is not a prior restraint.

12. The Defendants did not violate Plaintiff's right against unequal enforcement of laws under the Equal Protection Clause because Plaintiff cannot establish he was similarly situated to others who were not punished. As such, Counts VIII and IX fail.

13. Plaintiff has failed to set forth evidence of a policy or custom sufficient to trigger *Monell* liability for Newton under Counts III & IV, V, VI, VII, VIII, IX. To the extent Plaintiff seeks to hold Newton liable under those counts for the actions of Burdess or Hansen, section 1983 claims does not support respondeat superior liability.

14. Defendants' Statement of Undisputed Material Facts, Appendix of Supporting Documents, and Brief in Support of Summary Judgment are filed with this Motion and incorporated herein.

**WHEREFORE** the Defendants, City of Newton, Iowa, Michael Hansen, and Rob Burdess, respectfully request this Court grant their Motion for Summary Judgment and dismiss all claims against them.

        CITY OF NEWTON, MICHAEL HANSEN, and ROB BURDESS, Defendants,

By: _____
        Jason C. Palmer  AT0006089
        Georgia R. Rice  AT0015229
        LAMSON DUGAN & MURRAY, LLP
        6400 Westown Pkwy, Ste. 280
        West Des Moines, IA  50266
        Phone:  (515) 823-0458
        Fax:  (515) 298-6536
        E-Mail:  jpalmer@ldmlaw.com
                grice@ldmlaw.com

        ATTORNEYS FOR DEFENDANTS

Patrick Jaicomo*
James T. Knight II*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, Virginia 22203
Tel: (703) 682-9320
bmorris@ij.org
pjaicomo@ij.org
jknight@ij.org

Gina Messamer (AT0011823)
PARRISH KRUIDENIER LAW FIRM

2910 Grand Avenue
Des Moines, Iowa 50312
Tel: (515) 284-5737
gmessamer@parrishlaw.com

Counsel for Plaintiff Noah Petersen
*Admitted Pro Hac Vice

ATTORNEYS FOR PLAINTIFF

---

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on the 27th day of September, 2024 by:

☐ U.S. Mail          ☐ FAX
☐ Hand Delivered     ☐ UPS
☐ Federal Express    ☑ Other: CM-ECF

/s/ *Misty Munoz*