UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **NOAH PETERSEN**, *Plaintiff*, <br><br> v. <br><br> **CITY OF NEWTON, IOWA**, **MICHAEL HANSEN**, Mayor of Newton, sued in his official and individual capacity, and **ROB BURDESS**, Chief of the Newton Police Department, sued in his official and individual capacity <br> *Defendants*. | Civil Action No.: 4:23-cv-00408-SMR-SBJ <br><br><br> **DEFENDANTS' SUPPLEMENTAL APPENDIX IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

Defendants, City of Newton, Iowa, Michael Hansen, and Rob Burdess submit this Supplemental Appendix in Support of Summary Judgment pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56. The five videos referenced in Defendants' Appendix can be found at the links below:

I. APP063, Ex. 8, September 6 Meeting Video:

https://www.newtongov.org/CivicMedia.aspx?VID=City-Council-Meeting-90622-272#player

II. APP075, Ex. 11, October 3 Meeting Video:

https://www.newtongov.org/CivicMedia.aspx?VID=City-Council-Meeting-100322-282#player

III. APP121, Ex. 24, October 24 Meeting Video:

https://www.newtongov.org/CivicMedia.aspx?VID=City-Council-Meeting-102422-284#player

IV.     APP134, Ex. 26, October 24 Audience Video:

https://www.youtube.com/watch?v=X8igr9hq3AA

V.      APP166, Ex. 38. November 7 Meeting Video:

https://www.newtongov.org/CivicMedia.aspx?VID=City-Council-Meeting-102422-284#player

CITY OF NEWTON, MICHAEL HANSEN, and ROB BURDESS, Defendants,

By: _____
Jason C. Palmer  AT0006089
Georgia R. Rice  AT0015229
LAMSON DUGAN & MURRAY, LLP
6400 Westown Pkwy, Ste. 280
West Des Moines, IA  50266
Phone:  (515) 823-0458
Fax:  (515) 298-6536
E-Mail:  jpalmer@ldmlaw.com
          grice@ldmlaw.com

ATTORNEYS FOR DEFENDANTS

Patrick Jaicomo*
James T. Knight II*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, Virginia 22203
Tel: (703) 682-9320
bmorris@ij.org
pjaicomo@ij.org
jknight@ij.org

Gina Messamer (AT0011823)
PARRISH KRUIDENIER LAW FIRM
2910 Grand Avenue
Des Moines, Iowa 50312
Tel: (515) 284-5737

gmessamer@parrishlaw.com

Counsel for Plaintiff Noah Petersen
*Admitted Pro Hac Vice

ATTORNEYS FOR PLAINTIFF

---

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on the 4th day of October 2024 by:

☐ U.S. Mail             ☐ FAX
☐ Hand Delivered        ☐ UPS
☐ Federal Express       ☒ Other: CM-ECF

/s/ *Misty Munoz*