**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| **NOAH PETERSEN**, | |
| *Plaintiff*, | Civil Action No.: 4:23-cv-00408-SMR-SBJ |
| v. | |
| | **MOTION TO FILE OVERLENGTH SUMMARY JUDGMENT BRIEF** |
| **CITY OF NEWTON, IOWA, et al.**, | |
| *Defendants.* | |

**COMES NOW** Plaintiff Noah Petersen who respectfully states the following:

1.      Under Local Rule 7(h), briefs "may not be more that 20 pages in length."

2.      Plaintiff asks the Court to accept his overlength 50-page brief supporting his motion for summary judgment to allow him to fully develop his nine claims and the underlying facts.

3.      Plaintiff is moving for summary judgment on nine constitutional claims against three Defendants. (*See* Compl., Doc. 1, 24–53.) Plaintiff's claims allege multiple violations of the First and Fourth Amendments and of the Fourteenth Amendment's Equal Protection and Due Process Clauses.

4.      Plaintiff attended—and was retaliated against at—three different Newton, Iowa, city council meetings run by Defendants. The factual background, which spans seven months, is necessary to explain the constitutional violations.

5.     Further, this case involves several video recordings and long dialogues that are critical to Plaintiff's First and Fourteenth Amendment claims.

6.     To fully present nine constitutional claims and seven months of events to the Court, Plaintiff's summary judgment brief exceeds Local Rule 7(h)'s twenty-page limit.

7.     Defendants have no objection to this motion.

8.     Plaintiff's brief is attached to this motion.

**WHEREFORE,** Plaintiff requests the court grant him permission to file an overlength brief.

Date: October 7, 2024.

Respectfully submitted,

/s/ *Brian A. Morris*
Brian A. Morris*
Patrick Jaicomo*
James T. Knight II*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, Virginia 22203
Tel: (703) 682-9320
bmorris@ij.org
pjaicomo@ij.org
jknight@ij.org

Gina Messamer (AT0011823)
PARRISH KRUIDENIER LAW FIRM
2910 Grand Avenue
Des Moines, Iowa 50312
Tel: (515) 284-5737
gmessamer@parrishlaw.com

*Counsel for Plaintiff Noah Petersen*

*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 7, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all registered participants identified on the Notice of Electronic Filing.

*/s/ Brian A. Morris*
Brian A. Morris