# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

**NOAH PETERSEN**,

*Plaintiff,*

v.

**CITY OF NEWTON, IOWA**, et al.,

*Defendants.*

Civil Action No.: 4:23-cv-00408-SMR-SBJ

**PART 3 OF 4**
**(Appx. 834 - 883)**

---

## PLAINTIFFS' APPENDIX IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Brian M. Morris**
James T. Knight II*
Patrick Jaicomo*
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, VA 22203
Telephone: (703) 682-9320
Fax: (703) 682-9321
bmorris@ij.org
jknight@ij.org
pjaicomo@ij.org

*Admitted Pro Hac Vice*

**Lead Counsel
Counsel for Plaintiff*

Gina Messamer
Iowa Bar No. AT0011823
PARRISH KRUIDENIER LAW FIRM
2910 Grand Avenue
Des Moines, Iowa 50312
Telephone: (515) 284-5737
Fax: (515) 284-1704
gmessamer@parrishlaw.com

*Local Counsel for Plaintiff*

## PLAINTIFF'S APPENDIX TABLE OF CONTENTS

**Page**

**Document**

Docket Sheet ....................................................................................Appx. 1

Complaint and Jury Demand (ECF No. 1) ......................................Appx. 6

Exhibit A of Plaintiff's Complaint (ECF No. 1-1) ...........................Appx. 62

Exhibit B of Plaintiff's Complaint (ECF No. 1-2) ...........................Appx. 65

Exhibit C of Plaintiff's Complaint (ECF No. 1-3) ...........................Appx. 67

Exhibit D of Plaintiff's Complaint (ECF No. 1-4)...........................Appx. 69

Exhibit E of Plaintiff's Complaint (ECF No. 1-5) ...........................Appx. 71

Exhibit F of Plaintiff's Complaint (ECF No. 1-6) ...........................Appx. 74

Exhibit G of Plaintiff's Complaint (ECF No. 1-7)...........................Appx. 77

Plaintiff's Civil Cover Sheet (ECF No. 1-8) ...................................Appx. 85

Defendants' Answer to Complaint (ECF No. 8)................................Appx. 87

Defendants' Answers to Plaintiff's First Set of Interrogatories ...................Appx. 152

Deposition Transcript of Noah Petersen........................................Appx. 162

Deposition Transcript of Michael Hansen .....................................Appx. 291

Deposition Transcript of Robert Burdess ......................................Appx. 517

Deposition Transcript of 30(b)(6) Katrina Davis............................Appx. 671

Deposition Exhibit 1- Plaintiff's Complaint and Jury Demand....................Appx. 740

Deposition Exhibit 2- Plaintiff's Objections and Responses to Defendant
City of Newton's First Request for Production of Documents .......................Appx. 819

Deposition Exhibit 3- Emails between Plaintiff Noah Petersen and
Defendant City of Newton................................................................Appx. 829

Deposition Exhibit 4- Plaintiff Noah Petersen's Twitter (X) Account...........Appx. 834

1

Deposition Exhibit 5- Plaintiff Noah Petersen's Facebook Account..............Appx. 860

Deposition Exhibit 6- Agenda for Newton City Council,
October 3, 2022 ................................................................................Appx. 863

Deposition Exhibit 7- Email from Michael Hansen to Katrina Davis...........Appx. 875

Deposition Exhibit 8- Emails from Michael Hansen to the City of
Newton .............................................................................................Appx. 876

Deposition Exhibit 9- Exhibit B from Plaintiff's Complaint...........................Appx. 878

Deposition Exhibit 10- VIDEO: September 6 Newton City
Council Meeting ...............................................................................Appx. 880

Deposition Exhibit 11- VIDEO: October 3 Newton City Council
Meeting..............................................................................................Appx. 881

Deposition Exhibit 12- VIDEO: October 24 Newton City Council
Meeting..............................................................................................Appx. 882

Deposition Exhibit 13- VIDEO: Plaintiff Noah Petersen's Arrest on
October 24 at Newton City Council Meeting.................................Appx. 883

Deposition Exhibit 14- 2018 Procedural Rules of the Newton City
Council................................................................................................Appx. 884

Deposition Exhibit 15- 2023 Newton City Council Rules of Procedure.........Appx. 892

Deposition Exhibit 16- VIDEO: City Hall Atrium October 3, 2022...............Appx. 900

Deposition Exhibit 17- Iowa Code 2024, Section 716.7..................................Appx. 901

Deposition Exhibit 18- Iowa Code 2024, Section 723.4..................................Appx. 903

Deposition Exhibit 19- Exhibit E from Plaintiff's Complaint........................Appx. 904

Deposition Exhibit 20- Iowa Incident Report Supplemental Newton Police
Department: October 4, 2022 ........................................................Appx. 907

Deposition Exhibit 21- Newton Police Department Policy Manual:
Policy 411 ........................................................................................Appx. 908

Deposition Exhibit 22- Exhibit F from Plaintiff's Complaint ........................Appx. 912

Deposition Exhibit 23- Iowa Incident Report Supplemental Newton Police Department: October 25, 2022 ........................................................................Appx. 915

Deposition Exhibit 24- Defendants' Answers to Plaintiff's First Set of Interrogatories ..................................................................................................Appx. 916

Deposition Exhibit 25- Newton City Council Agenda July 15, 2024 .............Appx. 926

Defendants' Production 00539- News Release from Newton Police Department .............................................................................................................Appx. 930

Defendants' Production 00593- City Council Workshop Minutes November 28, 2022 .........................................................................................Appx. 931

Defendants' Production 00594- Public Participation Guidelines for City Council Meetings ............................................................................................Appx. 932

Email from Defendants' Counsel ...................................................................Appx. 933

Plaintiff's Production 00199 – 00204- Protective Order on Nathan Michael Winters .............................................................................................................Appx. 934

## CERTIFICATE OF SERVICE

I hereby certify that, on October 7, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all registered participants identified on the Notice of Electronic Filing.

/s/ Brian A. Morris
Brian A. Morris

EXHIBIT

4

8·12·24 CQ

PENGAD 800-631-6989



**NEWTON ANTIFA Member**
1,463 Tweets

VICTIM INFORMATION (Optiona

Last

SOCIETY

usiness/Organizafor/State/County/Mu

Follow

Abolish the police

**NEWTON ANTIFA Member**
@IcAntifa

BLM ( Liberation Movement) Defund the Offense Department. Defund to abolish the police. Abolish ICE #FreeHongKong. Free Palestine BDS Israel

He/him/y'all   Joined September 2016

278 Following   457 Followers

**Appx. 834**



← Tweet

**NEWTON ANTIFA Member**
@NwAntifa

The city of Newton broke its own code when it changed its rules regarding public comment, it changed the rules of its proceedings without a resolution, clearly violating the law
codelibrary.amlegal.com/codes/newton/1...

10:54

be maintained by the Clerk.

(2011 Code, § 3.0304.2)

**§ 30.052 QUORUM.**

A majority of all Council members is a quorum.

(2011 Code, § 3.0304.3)

**§ 30.053 RULES OF PROCEDURE.**

The Council shall determine the rules of its own proceedings by resolution and the Clerk shall keep such rules on file for public inspection.

(2011 Code, § 3.0304.4)

**§ 30.054 COMPELLING ATTENDANCE.**

Any three members of the Council can compel the attendance of the absent members at any regular, adjourned or duly called meeting, by serving a written notice upon the absent member to attend at once.

(2011 Code, § 3.0304.5)

‹ Previous Doc          Next Doc ›

AA    🔒 codelibrary.amlegal.com    ↻

ALT

Adam Callanan (not parody) @CallananAdam · Nov 5
Replying to @IoAntifa
not sure if this helps, but here's the relevant Iowa state code about (under 5 here)
legis.iowa.gov/docs/code/372...

1:24 PM · Nov 4, 2022 · Twitter for iPhone

2 Retweets  3 Likes

**Appx. 835**



← **Thread**

**NEWTON ANTIFA Member**
@IcAntifa                                                                    ...

newtongov.org/AgendaCenter/V...

Idk if that is legal? They just changed the rules without notice.

12:01 PM · Nov 3, 2022 · Twitter for iPhone

1 Like

**Adam Callanan (not parody)** @CallananAdam · Nov 3              ...
Replying to @IcAntifa
not sure if this helps, but here's the relevant Iowa state code about (under 5 here)
legis.iowa.gov/docs/code/372....

**NEWTON ANTIFA Member** @IcAntifa · Nov 3                        ...
Replying to @CallananAdam
The fact that there's no record makes me think it's illegal (obviously I'm biased) but even if it is legal it's awful governance to just change your rules without any discussion or notice to the public. Atleast when Iowa city changed their rules that was a multiple meeting affair

NEWTON ANTIFA Member
@IcAntifa

The rule stating 'no derogatory comments' has only exited for 3 years. There was no vote or agenda item on changing the meeting rules, they just changed with no explanation (perhaps they said something at the time, but there is no video or transcript accessible to the public)



NEWTON ANTIFA Member @IcAntifa · Nov 3

Next Monday evening is Newton city council meeting at 6 P.M. For the first time in many years (if ever) the public comment period is at the very end of the meeting. Strangely the minutes for the last are purposely brief
newtongov.org/AgendaCenter/V...

11:59 AM · Nov 3, 2022 · Twitter for iPhone

1 Retweet   2 Likes



**NEWTON ANTIFA Member**
@IcAntifa

Next Monday evening is Newton city council meeting at 6 P.M. For the first time in many years (if ever) the public comment period is at the very end of the meeting. Strangely the minutes for the last are purposely brief newtongov.org/AgendaCenter/V…

11:52 AM · Nov 3, 2022 · Twitter for iPhone

3 Retweets   1 Quote Tweet   5 Likes



**NEWTON ANTIFA Member**
@IcAntifa

Good article, couple things tho. I am a current Newton resident not just former. Another thing I would really love to see for is the City to provide free Narcan and drug tests alongside trainings on how to properly use them. This policy would save lives



**William Morris** @DMRMorris · Oct 27

Newton City Council has a policy barring "derogatory" remarks in public comment.

So when an activist took the mic Monday and called the mayor and police chief fascists, he was ordered to leave and then charged with disorderly conduct. desmoinesregister.com/story/news/cri... @DMRegister

Show this thread

10:09 AM · Oct 27, 2022 · Twitter for iPhone

**Appx. 839**



neo-methodist
@justinkoomer

here's @IcAntifa's arrest at the Newton City Council meeting earlier tonight and some remarks from Mayor Michael L. Hansen

youtube.com
arrest at Newton, IA City Council meeting (10/24/2022)

9:50 PM · Oct 24, 2022 · Twitter Web App

13 Retweets   7 Quote Tweets   45 Likes

A   Tweet your reply                                          Reply

neo-methodist @justinkoomer · Oct 24
Replying to @justinkoomer and @IcAntifa
As a visitor from another city, I made no attempt to speak or disrupt the meeting in any way. City Administrator Matt Muckler held the door open for me and handed me a copy of the agenda when I arrived.

♡ 2          ♡ 2          ♡ 22

neo-methodist @justinkoomer · Oct 24
Council member Mark Hallam talked to me for a minute before the meeting when he saw I was wearing a MST3K shirt. I think they may have been curious because they didn't recognize me, but didn't seem to have a problem with me being there.

♡ 1                         ♡ 18

neo-methodist @justinkoomer · Oct 24
When Noah arrived, he sat near me and we greeted each other quietly. I started recording as soon as Noah started speaking, so it was probably clear I was there as an associate of his. You can see the mayor address me in the video about recording.

♡ 1                         ♡ 19

neo-methodist @justinkoomer · Oct 24
After he resumed the meeting and I stopped recording, he said something about "actual members of this community" but I don't want to misquote him. Noah IS a member of the community. I am not, but again I did absolutely nothing to disrupt the proceedings.

♡ 2                         ♡ 24

neo-methodist @justinkoomer · Oct 24
By the way, this is why Noah has been speaking at council meetings:

**NEWTON ANTIFA Member**
@IcAntifa

newtongov.org/95/City-Counci...

The mayor's email is still not available to the public last one I've emailed to for him is mikeh@newtongov.org staff says that email is 'no longer in use,' so take of that what you will.

5:08 PM · Oct 20, 2022 · Twitter for iPhone

1 Retweet   5 Likes



**NEWTON ANTIFA Member**
@IcAntifa

···

My email from the city's lawyer makes it sound like they will be kidnapping again if called out on employing an abuser as a cop. If you can make it, please show up at the meeting at 6 pm on the 24th at Newton city hall. If you can't make it please consider contacting the council.



at the next meeting?

**Matt Brick**   12:53 PM
To You

Mr. Petersen,

The United States Supreme Court has repeatedly affirmed that the freedom of speech right under the First Amendment is not absolute. Specifically, the Court has held that "[t]he First Amendment does not guarantee the right to communicate one's view at all times and places or in any manner that may be desired." *Heffron v. Int'l Soc'y for Krishna Consciousness*, 452 U.S. 640, 647 (1981). Cities have the ability to implement and enforce rules **ALT** ing reasonable time, place, and manner

must be germane so citizens making irrelevant remarks or who use profanity may be barred by the presiding officer from further comment. The presiding officer shall rule on the germaneness of citizen comments and citizens need to follow the directions from the presiding officer.

**ALT** ordance with the Council rules, each meeting agenda states that citizen comments your address at the start of the comments, and for you to make derogatory comments referencing an individual.

In summary, if you avoid referencing individuals — including allegations against those individuals — when voicing your comments, then I expect there **ALT** no future issues with you providing the Council with your opinion on City issues.

🔊 **call Rock Hard Caucus at (319) 849-8733** @rockhardcaucus · Oct 17
yesterday, Justin talked to @IcAntifa about getting arrested at a Newton City Council meeting earlier this month soundcloud.com/rockhardcaucus...
Show this thread

5:05 PM · Oct 20, 2022 · Twitter for iPhone

**9** Retweets   **1** Quote Tweet   **24** Likes

**Appx. 842**



**You**                                Oct 17
To Matt.Brick@BrickGentryLaw.com   ...

Hello. I was told by Newton staff to ask you this, does the city plan on kidnapping me again at the next meeting?

**Matt Brick**                        12:53 PM
To You                                ...

Mr. Petersen,

The United States Supreme Court has repeatedly affirmed that the freedom of speech right under the First Amendment is not absolute. Specifically, the Court has held that "[t]he First Amendment does not guarantee the right to communicate one's view at all times and places or in any manner that may be desired." *Heffron v. Int'l Soc'y for Krishna Consciousness*, 452 U.S. 640, 647 (1981). Cities have the ability to implement and enforce rules regarding reasonable time, place, and manner restrictions during public meetings. *See Sessler v. City of Davenport*, 990 F.3d 1150, 1155 (8th Cir. 2021).

Reply



2:19

The above cases affirm that City has the right to enforce rules for its public comment section of its meetings or even to discontinue public comments entirely. To that end, the City has adopted rules governing council meetings, including procedures on citizen participation. The Council rules require speakers to state their name and address before making comments, and all remarks of citizens must be germane so citizens making irrelevant remarks or who use profanity may be barred by the presiding officer from further comment. The presiding officer shall rule on the germaneness of citizen comments and citizens need to follow the directions from the presiding officer.

In accordance with the Council rules, each meeting agenda states that citizen comments shall not include derogatory statements or comments about individuals. During citizen participation you are welcome to use your three minutes to voice your opinion on the City, about defunding the Police Department, or any other city-related topic—but it is a violation of the rules for you to refuse to identify yourself or provide

Reply

Mail          Search          Calendar



2:20

In accordance with the Council rules, each meeting agenda states that citizen comments shall not include derogatory statements or comments about individuals. During citizen participation you are welcome to use your three minutes to voice your opinion on the City, about defunding the Police Department, or any other city-related topic—but it is a violation of the rules for you to refuse to identify yourself or provide your address at the start of the comments, and for you to make derogatory comments referencing an individual.

In summary, if you avoid referencing individuals—including allegations against those individuals—when voicing your comments, then I expect there will be no future issues with you providing the Council with your opinion on City issues.

Thanks,

Matthew S. Brick
Brick Gentry PC
6701 Westown Parkway, Suite 100
West Des Moines, Iowa 50266

Reply

Mail          Search          Calendar

**NEWTON ANTIFA Member**
@IcAntifa

If you are able to show up for the next meeting on the 17th at 6pm please do so (will update if date changes) in the mean time please email/call CC members, I absolutely love this email that was sent and think it's a great one to use. newtongov.org/95/City-Counci...

with the advocacy of Noah Peterson.

I was appalled to see the video this morning of the unlawful arrest against Mr. Peterson under the direction of City of Newton Mayor Michael Hansen.

Under the guidance of Newton's Chapter 94: Public Nuisances - which Mr. Peterson was accused of by Mayor Hansen during the October 3rd meeting, an individual must disturb the peace and safety of community members in order to qualify as a public nuisance.

In no way was Mr. Peterson causing a disturbance or a threat to any persons, besides those hiding behind a political agenda (which has no place in a mayoral public office anyways)

I'm calling for the resignation of Mayor Hansen for violation of Peterson's constitutional rights. As a officer, Mr. Hansen's primary duty is to uphold the rights of the citizens and community

you claim to stand on the side of justice, Mr.
Michael Hansen must be removed from city cou
ing with any other members who stand behind
illegal detainment of activists within your
mmunity.

k the police, and fuck your city council.

ok forward to addressing this with you all in
son at my and my activist community's earlie
venience.

cerely,
mina Sahir

a City Community Activist
odi Amina Sahir)

Hi:

I am an Iowa community member who is familiar with the advocacy of Noah Peterson.

I was appalled to see the video this morning of the unlawful arrest against Mr. Peterson under the direction of City of Newton Mayor Michael Hansen.

Under the guidance of Newton's Chapter 94: Public Nuisances – which Mr. Peterson was accused of by Mayor Hansen during the October 3rd meeting, an individual must disturb the peace and safety of community members in order to qualify as a public nuisance.

In no way was Mr. Peterson causing a disturbance or a threat to any persons, besides those hiding behind a political agenda (which has no place in a mayoral public office anyways).

I'm calling for the resignation of Mayor Hansen for violation of Peterson's constitutional rights. As a public officer, Mr. Hansen's primary duty is to uphold the rights of the citizens and community under which he serves. It seems as Mr. Hansen's judgment is too clouded with bias to continue holding his elected position.

If you claim to stand on the side of justice, Mr. Michael Hansen must be removed from city council along with any other members who stand behind the illegal detainment of activists within your community.

Fuck the police, and fuck your city council.

I look forward to addressing this with you all in person at my and my activist community's earliest convenience.

Sincerely,
Yasmina Sahir
Iowa City Community Activist
(Credit Yasmina Sahir)



**NEWTON ANTIFA Member**
@IcAntifa

···

This evening I was kidnapped at the Newton City
Council meeting by the chief of police. This evening I
began to read the statement attached. I after I read the
second sentence I added that they are a pro-domestic
abuse organization after that the mayor gaveled me
'out of order'



9:35 PM · Oct 3, 2022 · Twitter for iPhone

295 Retweets    35 Quote Tweets    1,241 Likes





5:12

**Public comment**

**You**
To cityofnewton@newtongov.org
Apr 19

Hello. This is my public comment for the city council meeting of April 19,2022.
Defund Newton police department. They are a violent, civil and human rights violating organization who do not make our community safer. Reallocate funds from policing to actually help people with substance abuse issues, it is a health issue and the 'war on drugs' is simply a harmful war on human beings in our community. Reallocate funds to an actually viable public transportation system. Reallocate funds to a different organization that deals with traffic infractions instead of an armed paramilitary to deal with traffic. Relocate funds to deal with the housing crisis by creating a robust public housing program for the poor and working class. Thank you

Reply to All

Mail        Search        Calendar

**Appx. 851**

**NEWTON ANTIFA Member** @IcAntifa · Oct 3

Replying to @IcAntifa

Important context, cop Nathan Winters is currently employed by NPD he currently has an active protective order against him for domestic abuse, has had that order for ~1 year and his victim recently filed for an extension of the order. He remains a cop. I have asked the city for

💬 5          🔁 94          ♡ 751          ⬆️

**NEWTON ANTIFA Member** @IcAntifa · Oct 3

records of the internal communications/response to one of their cops being a domestic abuser, instead of being transparent the city has choosing to not release the records. Hence the whole 'pro-domestic abuse' statement, what else is the public supposed to think?

💬 2          🔁 60          ♡ 688          ⬆️

**Saskboy from Saskatchewan** @saskboy · Oct 4

Replying to @IcAntifa

There's no way a democratic society could arrest you for saying that, especially given First Amendment rights.

💬 2          🔁          ♡ 15          ⬆️

**Landon Hansen** @landonh9974 · Oct 5

Replying to @IcAntifa

This is also the same Noah Peterson that as a junior in High School he decided to make a petition to Abolish the 13th Amendment... Which abolishes Slavery. But says BLM in his bio. Noah was kicked off the Football team for 2-3 weeks for this act.

💬 3          🔁          ♡ 1          ⬆️

**matthew** 🏴 @goldstar9711 · Oct 30

Replying to @landonh9974 and @IcAntifa

It abolishes slavery while simultaneously enshrining it in the constitution.

💬          🔁          ♡          ⬆️

**Eli Reynolds** @EliReynoldsWrap · Oct 4   ...
Replying to @IcAntifa
Do you plan on pursuing legal action against the department for a violation of your first amendment rights?

💬 3          ↻ 2          ♡ 127          ⬆

**NEWTON ANTIFA Member** @IcAntifa · Oct 4   ...
Replying to @EliReynoldsWrap
100% do plan on if

💬 3          ↻ 1          ♡ 250          ⬆

**Eye Witness** 👁️ 💭 @Eyewitness_11 · Oct 4   ...
Replying to @IcAntifa and @EliReynoldsWrap
Just sue them and it will help to expose them and get many of them fired

💬          ↻          ♡          ⬆

**Amy Barnes** @amybarnes_usa · Oct 5   ...
Replying to @IcAntifa
Install cams on your residence. Police are known for payback against litigants. I have experience. My vehicles no longer break down quickly now that I've got cameras + DVR recorder.
Also, any vehicle you own needs a dash cam. They might try to frame you to discredit your lawsuit.

💬 1          ↻ 2          ♡ 49          ⬆

**NEWTON ANTIFA Member** @IcAntifa · Oct 7   ...
Replying to @amybarnes_usa
Shit your right, thank you.

💬 2          ↻          ♡ 4          ⬆

**Amy Barnes** @amybarnes_usa · Oct 7   ...
Replying to @IcAntifa
Happy to help; I write from experience.

💬          ↻          ♡ 1          ⬆

**Appx. 853**



**Holly** @HollyBlomberg · Oct 4

Replying to @IcAntifa

You might want to contact the ACLU

aclu-ia.org
Contact
Legal Problem or Question:
Email legal.program@aclu-ia.org or write us at 505...

◯ 1          ⟲ 1          ♡ 24          ⬆

**Amy Barnes** @amybarnes_usa · Oct 5

Replying to @HollyBlomberg and @IcAntifa

The ACLU won't rep on these cases. I was similarly arrested and they wouldn't take my case. I had to find a law professor to take my case, and together she and I cleaned clocks for the 1a rights violation I endured.

◯ 3          ⟲ 2          ♡ 33          ⬆

**Curtis Fowler** @CurtisFowler · Oct 6

Replying to @amybarnes_usa @HollyBlomberg and @IcAntifa

Weren't you arrested under entirely unrelated circumstances? Doesn't seem similar at all

◯ 2          ⟲          ♡          ⬆

**Amy Barnes** @amybarnes_usa · Oct 7

Replying to @CurtisFowler @HollyBlomberg and @IcAntifa

Yes, different circumstances, but still 1a rights violations:
1. protest arrest, arrested at a protest.
2. protest arrest (different jurisdiction) for the middle finger + shouting obscenities in public while passing by two cops.

Then multiple raids, harassment, etc. bc I sued.

◯          ⟲          ♡ 2          ⬆

**Appx. 854**

**ocelottagotta** @d75010134 · Oct 4                                     ···
Replying to @IcAntifa
When is the next council meeting, and would anyone else want to show up
to support and continue to ask why a domestic abuser is employed by
police, and why he has access to a weapon?

♡ 1                    �17 2                    ♡ 67                    ↥

**NEWTON ANTIFA Member** @IcAntifa · Oct 4                              ···
Replying to @d75010134
The next meeting is October 17th at 6 P.M. (barring and unforeseen
changes to their normal schedule).

♡                     �17 6                    ♡ 51                    ↥

**ocelottagotta** @d75010134 · Oct 4                                     ···
Replying to @IcAntifa
Is there a legal defense fund? I would love to see a lawyer sue the police
department/cityfor violation of first amendment rights, unlawful
arrest/detainment, etc.

♡ 1                    �17                     ♡ 11                    ↥

**NEWTON ANTIFA Member** @IcAntifa · Oct 4                              ···
Replying to @d75010134
I don't have one at this time, but I definitely plan on suing the department
and city

♡ 3                    �17 1                    ♡ 29                    ↥

**Doctor Kittens** 🏳️‍🌈🏳️‍⚧️ @Lots47 · Oct 13                          ···
Replying to @IcAntifa and @d75010134
Please ask your lawyer about contacting ACLU as well. If that would be
helpful in any way.

♡                     �17                     ♡                     ↥

**Nicholas Marritz** 🧶🎈🌷 @stringquintet · Oct 4    ···
Replying to @IcAntifa
Look who these crybabies put as the "victim"



♡ 10        ↻ 38        ♡ 449        ⬆️

**NEWTON ANTIFA Member** @IcAntifa · Oct 4    ···
Replying to @stringquintet
Wow I hadn't noticed that yet, that's pathetic but also kinda hilarious in a way

♡ 2        ↻ 1        ♡ 262        ⬆️

**Amy Barnes** @amybarnes_usa · Oct 5    ···
Replying to @IcAntifa
SUE THEM for first amendment rights violations.  Immediately.

♡        ↻        ♡ 1        ⬆️

**Appx. 856**



**SOICH MY DOICH** @queenofsus · Oct 4
Replying to @IcAntifa
Good for you Noah, proud of you.

♡ 2   ⇄   ♡ 33   ←

@TaraMcFiddle · Oct 4
Replying to @queenofsus and @IcAntifa
Noah, I'm proud of you too and your shorts are rad 🥀🌹

♡ 1   ⇄   ♡ 18   ←

**NEWTON ANTIFA Member** @IcAntifa · Oct 4
Replying to @TaraMcFiddle and @queenofsus
Thank you thank you. I picked them out specifically for the occasion lmao

♡   ⇄   ♡ 6   ←

**G Pat** @Original00Boone · Oct 4
Replying to @IcAntifa
Make sure to see how the 8th C has handled qualified immunity claims.
@campaigntoendqi

↻ NEWTON ANTIFA Member Retweeted

 **Old Woman Seeking Justice** 🐝 🐝 🐮 🐝 🐝 @GrownRoom · Oct 4   ···
In Newton Iowa, apparently the first amendment doesn't exist. If you're so inclined to inquire as to why, Mayor Michael Hansen can be reached at: (641)792-2787 Ext 2005.



**Mayor Michael L. Hansen**
Elected 2021
Term Expires: 2023
641-792-2787 Ext. 2005
Email | Bio

🌐 **Christopher Braunschweig** @ChrisBrunswick · Oct 3
 Newton Police Chief Rob Burdess arrested a man by the name of Noah Petersen tonight at a city council meeting. During public comment, Petersen criticized the police department and said it supports domestic abuse, referring to a specific officer. The mayor ...
Show this thread

◯        ↻ 20        ♡ 42        ⬆

**Appx. 858**

**NEWTON ANTIFA Member** @IcAntifa · Oct 4

Loveeee to be Newton's first (I assume?) arrest of their critics.

**Christopher Braunschweig** @ChrisBrunswick · Oct 3

I've been covering Newton City Council meetings for the past four years. This is the first one where I've seen someone arrested. After the meeting I spoke with someone who questioned the legality of the city's actions. More to come.

Show this thread





8:59 🔋                              📷 ✳ ✖ 5G .ıl 76%🔋

←                                              🔍

**Posts**    Photos



**Noah Petersen**                            • • •
Nov 2, 2021 · 🌐

Some friendly advice for Jason
Glass spend 50k next time and
you just might win

👍 Like      ◯ Comment     ⊙ Send     ↪ Share

**Noah Petersen**                            • • •
Oct 23, 2021 · 🌐

A cop today on highway 6 about hit me when I was
to the side of the road, just absolutely
unnecessary reckless driving, classic johnson
county cop move



**Merc** • **Follow**
Oct 22, 2021 · 🌐

BREAKING: Minneapolis Police Officer Brian
Cummings is now facing two felony charges in
connection to the collision that killed ... See
more





9:01

Posts     Photos

**Noah Petersen**
Dec 18, 2020 · 🌐

Ted Cruz is the most intellectually deficient senator, and that's saying something cause Feinstein doesn't even know she is a senator.

https://amp.scmp.com/news/china/article/3114598/us-senator-blocks-bill-giving-hongkongers-special-refugee-status

👍 1

👍 Like     💬 Comment     ⊙ Send     ↪ Share

**Noah Petersen**
Dec 10, 2020 · 🌐

Our government has once again acted out revenge and murdered an individual in the name of justice. If you still think we have a Criminal 'Justice' System in the USA you are lying to yourself.

"If the prosecution had not committed ... See more

supremecourt.gov
www.supremecourt.gov

👍 Like     💬 Comment     ⊙ Send     ↪ Share

**Noah Petersen**
Dec 7, 2020 · 🌐

Shout out to the Des Moines City Council tk

EXHIBIT
6
813-24 CG

# Agenda:   Newton City Council

| | |
|---|---|
| **City Council Meeting** | Council Chambers, 101 W 4th St S., Newton, IA 50208<br>Mediacom Channels: 12/85/121.12, Website Livestream:<br>Newtongov.org / I want to "view" Livestream of City<br>Council Meetings (www.newtongov.org/cablecast). |
| **October 03, 2022 6:00 p.m.** | |

| | | |
|---|---|---|
| **Pledge** | | Pledge of Allegiance |
| **Call to Order** | 1. | Roll Call |
| **Proclamation** | 2. | Fire Prevention Week - October 9-15, 2022 |
| **Presentation** | 3. | City Engineering Services annual update – Justin Nickel, Bolton and Menk |
| **Citizen Participation** | 4. | This is the time of the meeting that a citizen may address the Council on matters that are included in the consent agenda or a matter that is not on the regular agenda. After being recognized by the Mayor, each person will be given three (3) minutes to speak. Comments and/or questions must be related to City policies or the provision of City services and shall not include derogatory statements or comments about any individual. Except in cases of legal emergency, the City Council cannot take formal action at the meeting, but may ask the City staff to research the matter or have the matter placed on a subsequent agenda. |
| **Consent Agenda** | 5. | September 19, 2022 Regular City Council Meeting Minutes |
| | 6. | Approve Liquor License for the following: Alta House Event Center- LC0047705, 1600 E 36th St. S, Class C Liquor License, Outdoor Service, Sunday Sales; Capitol II Theatre- WCN000220, 116 1st St. N, Class C Native Wine Permit, Sunday Sales, Living Quarters; Shop N Save Newton LLC- LE0003589, 404 S 11th Ave. W, Class E Liquor License, Class B Wine Permit, Class C Beer Permit, Sunday Sales; Git-N-Go Convenience Store #45- BC0030584, 1708 S 8th AVE. E, Class C Beer Permit, Class B Wine Permit, Sunday Sales. |
| | 7. | Certify Police Officer list |
| | 8. | Resolution appointing Samantha Forbes to serve on the Newton Downtown Self-Supported Municipal Improvement District (SSMID) Board for a term ending June 30, 2023. (No Council Report) |
| | 9. | Resolution appointing Cookie Fuzell to serve on the Library Board of Trustees for a term ending June 30, 2028. (No Council Report) |
| | 10. | Resolution appointing Bethany Hutchinson to serve on the Library Board of Trustees for a term ending June 30, 2028. (No Council Report) |
| | 11. | Resolution fixing the amounts to be assessed against individual private properties for the abatement of nuisance violations (Schedule No. 22-10). (Council Report 22-269) |

12. Resolution awarding contract for the 2022 Union Cemetery Stump Removal Project. (Council Report 22-270)

13. Resolution approving purchase of a storage shed for Agnes Patterson Park. (Council Report 22-271)

14. Resolution approving a Telecommunications Licensing Agreement with Mahaska Communication Group – Phase 2. (Council Report 22-272)

15. Resolution approving an agreement with Huron Consulting Services LLC. to provide Newton WaterWorks valuation services related to the 2022 property record report. (Council Report 22-273)

16. Approve Bills

**Ordinance**

17. Second Consideration of an Ordinance amending the City of Newton Official Zoning Map for property located at 1500 1st AVE E. and 201 E. 15th St. N. from R-2: One– and Two-Family Residential to C-A: Arterial Commercial. (Council Report 22-265) Commercial. (Council Report 22-265)

   - The applicant has requested consideration of rezoning the properties at 1500 1st AVE E and 201 East 15th Street North to C-A: Arterial Commercial District.
   - At their meeting on September 7th, the Planning and Zoning Commission recommended approval of the rezoning.

18. First Consideration of an Ordinance amending the City Code of Newton, Iowa, by adding Chapter 75: All-Terrain Vehicles, Off-Road Utility Vehicles, Golf Carts, and Snowmobiles. (Council Report 22-274)

   - HF2130 was passed by the Iowa Legislature in 2022 allowing for expanded use of ATVs and UTVs on Iowa roadways. Municipalities have the authority to regulate use of these vehicles within their corporate limits.
   - The proposed ordinance allows for limited use of properly equipped ATVs and UTVs on City streets.   Staff does not recommend approval of this ordinance.

19. First Consideration of an Ordinance amending the code of ordinances, City of Newton, Iowa, 2016, Title III Administration, Chapter 32, Section 32.060 – 32.071, "Water Board of Trustees", to dissolve the Water Board of Trustees and adding waterworks code reference to Title V Public Works, Chapter 54 Waterworks. (Council Report 22-275)

   - Newton WaterWorks (NWW) is a municipal water utility governed by a Board of Trustees, which is tasked with providing water to customers in the service area for domestic, commercial, industrial and firefighting purposes. In January 2022, the NWW Board of Trustees entrusted the city with the day-to-day management of NWW on an interim basis.
   - The NWW Board determined the city has been providing excellent service in a cost-effective manner. At the March 18, 2022 meeting, the NWW Board voted that the NWW Board be dissolved and that

governance of NWW permanently be placed with the Newton City Council.

- A special City election was held Tuesday, September 13, 2022.  The registered voters voted "YES" by simple majority to the following question: "*Shall the Newton WaterWorks Board of Trustees be dissolved and the City Council of Newton, Iowa, in the County of Jasper, Iowa, assume the obligations of managing and controlling the Newton WaterWorks*."

- The ordinance deletes CODE OF ORDINANCES, CITY OF NEWTON, IOWA, 2016 TITLE III ADMINISTRATION, CHAPTER 32, SECTION 32.060 – 32.071, "WATER BOARD OF TRUSTEES" language and adds waterworks code references to TITLE V PUBLIC WORKS, CHAPTER 54 WATERWORKS.

20.  First Consideration of an Ordinance amending the Code of Ordinances, City of Newton, Iowa, 2016, Title VII, Chapter 70, Section 70.15, "Traffic and Parking Schedules Adopted by Reference" to make changes to street parking in the downtown. (Council Report 22-276)

- The 2022 Downtown streetscape projects included reconstruction of the south 100 block of E 3rd St S, E 2nd St S, W 2nd St S and W 3rd St S. The City Hall parking lot project included reconstructing the parking lot and also constructing a new public lot to the south of City Hall.

- During the design phases staff identified a few ordinance amendments that would need to be made to coincide with these projects.

- The ordinance addresses changing diagonal parking to parallel at a couple of locations and identifying handicap stalls in the new public lot.

**Resolution**

21.  Resolution approving an Engineering Services Agreement for the Aurora Park Pickleball Courts Project. (Council Report 22-277)

- On September 13, 2022, residents approved a park bond referendum, which included the construction of pickleball courts in Aurora Park.

- This resolution seeks approval on an Engineering Services Agreement (ESA) from Bolton and Menk needed to design, bid, and construct the project.

- Should this be approved, no design work will begin until the size and location of the proposed improvements are directed by Council and Administration.

22.  Resolution approving a settlement and release agreement with the Travelers Indemnity Company related to the former manufactured gas plant site. (Council Report 22-278)

- On August 3, 2020, Council approved Resolution 2020-185 authorizing an agreement with Eisenstein Malanchuk LLP (EM) of Washington, DC; to investigate and negotiate environmental coverage claims related to the former manufactured gas plant site.

DEFS 0082

Appx. 865

- EM discovered past coverage with the Travelers Indemnity Company of Hartford, Connecticut; and has secured a proposed settlement and release agreement.
- The agreement with Travelers has been approved by both EM and the City's attorney.

23. Resolution Amending Funding Sources for the Union Drive Reconstruction Project. (Council Report 22-279)

- The City has received approval of an additional $550,000 of SWAP funds from the Iowa DOT for the reconstruction of Union Drive. The proposed resolution amends the funding sources to include the additional $550,000 by eliminating the Road Use Tax portion and reducing the 2022 bond funds from $950,000 to $884,295.

24. Resolution approving the granting of Downtown Micro Grant Funds in the sign program to Laurie Nelson for 103 1st Avenue West. (Council Report 22-280)

- Laurie Nelson, Relics LLC, has requested grant assistance for the new building sign.
- At their meeting on September 28, 2022, the Downtown Grant Review Board recommended approval of the granting of funds in an amount not to exceed $200.00, provided a 1:1 match is met.

25. Resolution authorizing the filing of a 657A.10A abandoned property petition for 1100 Woodland Drive in Newton, Jasper County, Iowa. (Council Report 22-281)

- The property at 1100 Woodland Drive appears to have been abandoned.
- Under Section 657A.10A, cities may file a petition for ownership of abandoned buildings. The associated legal fees and court costs with the process is estimated to be between $4,500 and $6,000.

26. Resolution approving the granting of Downtown Micro Grant Funds in the painting program to Gary Forbes for 102 North 2nd Avenue East. (Council Report 22-282)

- Gary Forbes proposes a paint removal and re-painting project for the rear deck at 102 North 2nd Avenue East.
- At their meeting on September 28, 2022, the Downtown Grant Review Board recommended approval of a grant in the painting and paint removal program area in an amount not to exceed $3,000.00, provided a 1:1 match is met.

27. Resolution amending the Block Party Street Closure and the Construction Street Closure. (Council Report 22-283)

- To better process closures and for applicant clarification these policies have been separated and amended.

28. Resolution approving the purchase of miTime; a timekeeping software. (Council Report 22-284)

- Staff has continually worked on LEAN initiatives around processing payroll since 2015.
- The miTime module is available now that payroll is processed in arrears. miTime provides an app for electronic timesheets versus the paper timesheets that many of our employees in the field are currently using. Implementing miTime would save approximately 63.5 hours of manual entry per pay period across departments.

**Mayor/Council Comments**          29.

**Adjourn**

The City of Newton is pleased to provide reasonable accommodations, in compliance with the Americans with Disabilities Act, for those individuals or groups who require assistance to be able to participate in the public meeting. Should special accommodations be required, please contact the City Clerk's Office at least 48 hours in advance of the meeting, at 641-792-2787 to arrange for accommodations to be provided.

**www.NewtonGov.org**

# Agenda:        Newton City Council

**City Council Meeting**

**Council Chambers, 101 W 4th St S., Newton, IA 50208**
**Mediacom Channels: 12/85/121.12, Website Livestream:**
**Newtongov.org / I want to "view" Livestream of City**
**Council Meetings (www.newtongov.org/cablecast).**

**October 03, 2022 6:00 p.m.**

| | | |
|---|---|---|
| **Pledge** | | Pledge of Allegiance |
| **Call to Order** | 1. | Roll Call |
| **Proclamation** | 2. | Fire Prevention Week - October 9-15, 2022 |
| **Presentation** | 3. | City Engineering Services annual update - Justin Nickel, Bolton and Menk |
| **Citizen Participation** | 4. | This is the time of the meeting that a citizen may address the Council on matters that are included in the consent agenda or a matter that is not on the regular agenda.  After being recognized by the Mayor, each person will be given three (3) minutes to speak.  Comments and/or questions must be related to City policies or the provision of City services and shall not include derogatory statements or comments about any individual. Except in cases of legal emergency, the City Council cannot take formal action at the meeting, but may ask the City staff to research the matter or have the matter placed on a subsequent agenda. |
| **Consent Agenda** | 5. | September 19, 2022 Regular City Council Meeting Minutes |
| | 6. | Approve Liquor License for the following: Alta House Event Center- LC0047705, 1600 E 36th St. S, Class C Liquor License, Outdoor Service, Sunday Sales; Capitol II Theatre- WCN000220, 116 1st St. N, Class C Native Wine Permit, Sunday Sales, Living Quarters; Shop N Save Newton LLC- LE0003589, 404 S 11th Ave. W, Class E Liquor License, Class B Wine Permit, Class C Beer Permit, Sunday Sales; Git-N-Go Convenience Store #45- BC0030584, 1708 S 8th AVE. E, Class C Beer Permit, Class B Wine Permit, Sunday Sales. |
| | 7. | Certify Police Officer list |
| | 8. | Resolution appointing Samantha Forbes to serve on the Newton Downtown Self-Supported Municipal Improvement District (SSMID) Board for a term ending June 30, 2023. (No Council Report) |
| | 9. | Resolution appointing Cookie Fuzell to serve on the Library Board of Trustees for a term ending June 30, 2028. (No Council Report) |
| | 10. | Resolution appointing Bethany Hutchinson to serve on the Library Board of Trustees for a term ending June 30, 2028. (No Council Report) |
| | 11. | Resolution fixing the amounts to be assessed against individual private properties for the abatement of nuisance violations (Schedule No. 22-10). (Council Report 22-269) |

DEFS 0085

**Appx. 868**

12. Resolution awarding contract for the 2022 Union Cemetery Stump Removal Project. (Council Report 22-270)

13. Resolution approving purchase of a storage shed for Agnes Patterson Park. (Council Report 22-271)

14. Resolution approving a Telecommunications Licensing Agreement with Mahaska Communication Group – Phase 2. (Council Report 22-272)

15. Resolution approving an agreement with Huron Consulting Services LLC. to provide Newton WaterWorks valuation services related to the 2022 property record report. (Council Report 22-273)

16. Approve Bills

**Ordinance**

17. Second Consideration of an Ordinance amending the City of Newton Official Zoning Map for property located at 1500 1st AVE E. and 201 E. 15th St. N. from R-2: One– and Two-Family Residential to C-A: Arterial Commercial. (Council Report 22-265) Commercial. (Council Report 22-265)

   • The applicant has requested consideration of rezoning the properties at 1500 1st AVE E and 201 East 15th Street North to C-A: Arterial Commercial District.
   • At their meeting on September 7th, the Planning and Zoning Commission recommended approval of the rezoning.

18. First Consideration of an Ordinance amending the City Code of Newton, Iowa, by adding Chapter 75: All-Terrain Vehicles, Off-Road Utility Vehicles, Golf Carts, and Snowmobiles. (Council Report 22-274)

   • HF2130 was passed by the Iowa Legislature in 2022 allowing for expanded use of ATVs and UTVs on Iowa roadways. Municipalities have the authority to regulate use of these vehicles within their corporate limits.
   • The proposed ordinance allows for limited use of properly equipped ATVs and UTVs on City streets.   Staff does not recommend approval of this ordinance.

19. First Consideration of an Ordinance amending the code of ordinances, City of Newton, Iowa, 2016, Title III Administration, Chapter 32, Section 32.060 – 32.071, "Water Board of Trustees", to dissolve the Water Board of Trustees and adding waterworks code reference to Title V Public Works, Chapter 54 Waterworks. (Council Report 22-275)

   • Newton WaterWorks (NWW) is a municipal water utility governed by a Board of Trustees, which is tasked with providing water to customers in the service area for domestic, commercial, industrial and firefighting purposes. In January 2022, the NWW Board of Trustees entrusted the city with the day-to-day management of NWW on an interim basis.
   • The NWW Board determined the city has been providing excellent service in a cost-effective manner. At the March 18, 2022 meeting, the NWW Board voted that the NWW Board be dissolved and that

governance of NWW permanently be placed with the Newton City Council.

- A special City election was held Tuesday, September 13, 2022. The registered voters voted "YES" by simple majority to the following question: *"Shall the Newton WaterWorks Board of Trustees be dissolved and the City Council of Newton, Iowa, in the County of Jasper, Iowa, assume the obligations of managing and controlling the Newton WaterWorks."*

- The ordinance deletes CODE OF ORDINANCES, CITY OF NEWTON, IOWA, 2016 TITLE III ADMINISTRATION, CHAPTER 32, SECTION 32.060 – 32.071, "WATER BOARD OF TRUSTEES" language and adds waterworks code references to TITLE V PUBLIC WORKS, CHAPTER 54 WATERWORKS.

20. First Consideration of an Ordinance amending the Code of Ordinances, City of Newton, Iowa, 2016, Title VII, Chapter 70, Section 70.15, "Traffic and Parking Schedules Adopted by Reference" to make changes to street parking in the downtown. (Council Report 22-276)

- The 2022 Downtown streetscape projects included reconstruction of the south 100 block of E 3rd St S, E 2nd St S, W 2nd St S and W 3rd St S. The City Hall parking lot project included reconstructing the parking lot and also constructing a new public lot to the south of City Hall.

- During the design phases staff identified a few ordinance amendments that would need to be made to coincide with these projects.

- The ordinance addresses changing diagonal parking to parallel at a couple of locations and identifying handicap stalls in the new public lot.

**Resolution**

21. Resolution approving an Engineering Services Agreement for the Aurora Park Pickleball Courts Project. (Council Report 22-277)

- On September 13, 2022, residents approved a park bond referendum, which included the construction of pickleball courts in Aurora Park.

- This resolution seeks approval on an Engineering Services Agreement (ESA) from Bolton and Menk needed to design, bid, and construct the project.

- Should this be approved, no design work will begin until the size and location of the proposed improvements are directed by Council and Administration.

22. Resolution approving a settlement and release agreement with the Travelers Indemnity Company related to the former manufactured gas plant site. (Council Report 22-278)

- On August 3, 2020, Council approved Resolution 2020-185 authorizing an agreement with Eisenstein Malanchuk LLP (EM) of Washington, DC; to investigate and negotiate environmental coverage claims related to the former manufactured gas plant site.

DEFS 0087

- EM discovered past coverage with the Travelers Indemnity Company of Hartford, Connecticut; and has secured a proposed settlement and release agreement.
- The agreement with Travelers has been approved by both EM and the City's attorney.

23. Resolution Amending Funding Sources for the Union Drive Reconstruction Project. (Council Report 22-279)

- The City has received approval of an additional $550,000 of SWAP funds from the Iowa DOT for the reconstruction of Union Drive. The proposed resolution amends the funding sources to include the additional $550,000 by eliminating the Road Use Tax portion and reducing the 2022 bond funds from $950,000 to $884,295.

24. Resolution approving the granting of Downtown Micro Grant Funds in the sign program to Laurie Nelson for 103 1st Avenue West. (Council Report 22-280)

- Laurie Nelson, Relics LLC, has requested grant assistance for the new building sign.
- At their meeting on September 28, 2022, the Downtown Grant Review Board recommended approval of the granting of funds in an amount not to exceed $200.00, provided a 1:1 match is met.

25. Resolution authorizing the filing of a 657A.10A abandoned property petition for 1100 Woodland Drive in Newton, Jasper County, Iowa. (Council Report 22-281)

- The property at 1100 Woodland Drive appears to have been abandoned.
- Under Section 657A.10A, cities may file a petition for ownership of abandoned buildings. The associated legal fees and court costs with the process is estimated to be between $4,500 and $6,000.

26. Resolution approving the granting of Downtown Micro Grant Funds in the painting program to Gary Forbes for 102 North 2nd Avenue East. (Council Report 22-282)

- Gary Forbes proposes a paint removal and re-painting project for the rear deck at 102 North 2nd Avenue East.
- At their meeting on September 28, 2022, the Downtown Grant Review Board recommended approval of a grant in the painting and paint removal program area in an amount not to exceed $3,000.00, provided a 1:1 match is met.

27. Resolution amending the Block Party Street Closure and the Construction Street Closure. (Council Report 22-283)

- To better process closures and for applicant clarification these policies have been separated and amended.

28. Resolution approving the purchase of miTime; a timekeeping software. (Council Report 22-284)

- Staff has continually worked on LEAN initiatives around processing payroll since 2015.
- The miTime module is available now that payroll is processed in arrears.  miTime provides an app for electronic timesheets versus the paper timesheets that many of our employees in the field are currently using.  Implementing miTime would save approximately 63.5 hours of manual entry per pay period across departments.

**Mayor/Council Comments**        29.

**Adjourn**

The City of Newton is pleased to provide reasonable accommodations, in compliance with the Americans with Disabilities Act, for those individuals or groups who require assistance to be able to participate in the public meeting.  Should special accommodations be required, please contact the City Clerk's Office at least 48 hours in advance of the meeting, at 641-792-2787 to arrange for accommodations to be provided.

**www.NewtonGov.org**

REGULAR CITY COUNCIL MEETING MINUTES
SEPTEMBER 19, 2022, 6:00 P.M.
CITY COUNCIL CHAMBERS

The City Council of Newton, Iowa met in regular session at 6:00 P.M. on the above date in the Council Chambers at 101 West 4th Street South. Acting Mayor Pro Tem Trotter presided. Present Council Members: Hallam, Dalton, Ervin, Trotter. Absent: George, Wade.

Acting Mayor Pro Tem Trotter asked everyone present to join in saying the Pledge of Allegiance.

Acting Mayor Pro Tem Trotter read a proclamation recognizing TV Host and Journalist Sara Haines

Sue Beukema, Administrator, Costumes and Treasurer, NCT Board of Directors, provided an update on the happenings at the Newton Community Theater (NCT).

There was no citizen participation.

Moved by Dalton, seconded by Ervin to approve consent agenda items 5-15.

5.  August 29, 2022 City Council Workshop Minutes

6.  September 06, 2022 Regular City Council Meeting Minutes

7.  Approve Liquor License for the following: La Cabana Mexican Restaurant Inc. – LC0029523, 2617 1st Ave E, Suite 5&6, Class C Liquor License, Outdoor Service, and Sunday Sales.

8.  Resolution levying assessments for costs of nuisance abatement and providing for the payment thereof (Schedule 22-09). Resolution 2022-256 adopted.

9.  Resolution approving a Property Tax Rebate for the Lion Development Group, LLC Property Located Within the North Central Urban Renewal area. Resolution 2022-257 adopted.

10. Resolution ordering bids, approving plans, specifications, form of contract, notice to bidders, ordering clerk to publish notice, fixing a date for receiving same, for a public hearing on plans, specifications, form of contract and estimate of costs for the Water Pollution Control Treatment Plant and SW Pump Station Improvements Project.  Resolution 2022-258 adopted.

11. Resolution approving the purchase of a pickup for Public Works Operations.  Resolution 2022-259 adopted.

12. Resolution approving a Telecommunications Licensing Agreement with Aureon Network Services – First Interstate Bank. Resolution 2022-260 adopted.

13. Resolution approving a Telecommunications Licensing Agreement with Windstream Iowa Communications, LLC – 2022-3. Resolution 2022-261 adopted.

14. Resolution accepting completion of the City of Newton 2022 Roofing Project No. 1. Resolution 2022-262 adopted.

15. Approve Bills.

AYES:  Four.  NAYS:  None. Consent Agenda was adopted.

Acting Mayor Pro Tem Trotter stated that this is the time and place for a Public Hearing on Resolution approving the preliminary plat of Stelpflug Addition, in the City of Newton, Jasper County, Iowa. There were no written comments. Cory Decker, 303 W 16th St N, inquired about a traffic study, the fill, the timeline, and the housing type.  Community Development Director Erin Chambers indicated that there are currently 6 lots already platted.  This is just a replat. Traffic Safety Committee will review parking when the first houses start coming up in order to see the driveways. Regarding fill, there will be regrading with a 40 ft wide drainage easement maintained so it doesn't negatively impact neighborhood. Once the grading is done the builder will come back to Council for a final Plat at which time lots can then be sold.  Regarding housing types, developments don't typically have low-income housing assistance unless they are receiving funds from the government.  Moved by Hallam, seconded by Dalton, to close the public hearing.  AYES:  Four.  NAYS:  None. The public hearing was closed.  Moved by Ervin, seconded by Dalton to adopt the Resolution.  AYES:  Four.  NAYS:  None. Resolution 2022-263 adopted.

Acting Mayor Pro Tem Trotter stated that this is the time and place for a Public Hearing on an Ordinance amending the City of Newton Official Zoning Map for property located at 1500 1st AVE E, and 201 E. 15th St. N. from R-2: One– and Two-Family Residential to C-A: Arterial Commercial.  Moved by Hallam, seconded by Ervin, to close the public hearing.  AYES:  Four.  NAYS:  None. The public hearing was closed.  Moved by Dalton, seconded by Ervin to approve the First consideration of the ordinance. AYES:  Four.  NAYS:  None. First Consideration of the Ordinance was approved.

Moved by Dalton, seconded by Hallam to adopt the Resolution expressing intent to enter into a development agreement and to provide economic development support to Ex Nihilo, LLC.  AYES:  Four. NAYS: None.  Resolution 2022-264 adopted.

Moved by Hallam, seconded by Dalton to adopt the Resolution approving the purchase of one 2022 Ford Police Interceptor SUV from Stivers Ford.  AYES:  Four.  NAYS:  None. Resolution 2022-265 adopted.

DEFS 0090

**Appx. 873**

Moved by Ervin, seconded by Hallam to adopt the Resolution approving the purchase and up-fit services for three 2023 Ford Police Interceptor SUVs and one 2023 Ford Transit Connect Van for $200,000.  AYES: Four.  NAYS: None. Resolution 2022-266 adopted.

Lisa Frasier, Finance Officer provided a Finance Update.

During Mayor/Council Comments Ervin stating that there are many activities happening and get out to support everyone including the businesses, events, and School.  It's a time to get involved.  Dalton was impressed with the amount of students that have volunteered to help with events.

Moved by Ervin, seconded by Hallam at 7:00 p.m. to go into closed session To Discuss Strategy with Counsel in Matters that Are Presently in Litigation or Where Litigation is Imminent Where its Disclosure Would be Likely to Prejudice or Disadvantage the Position of the Governmental Body in that Litigation, Which Discussions are Exempt from the Open Meetings Law Pursuant to the Provision of Section 21.5(1)(c), Code of Iowa 2021. AYES: Four.  NAYS: None. Motion passed. There was a five-minute recess to clear the chambers.

Upon returning to Open Session, it was Moved by Hallam, seconded by Ervin to adjourn the meeting at 7.48 P.M.  Motion unanimously carried by voice vote.


 

Michael L. Hansen, Mayor

Katrina Davis, City Clerk



| From: | Mike Hansen |
|---|---|
| To: | Katrina Davis; Shawnda Nine |
| Cc: | Matt Muckler |
| Subject: | Amemd Citizen"s Participation language |
| Date: | Tuesday, November 12, 2019 1:34:03 PM |
| Attachments: | image001.png |

Hello Katrina and Shawnda–

After my review of the language contained in each council agenda under "Citizen Participation" and the council rules, please make the following additions to the language that will become the format going forward.

1.   After the first sentence, insert the following as the next two sentences;  "After being recognized by the Mayor, each person will be given three (3) minutes to speak.  Comments and/or questions must be related to City polices or the provision of City services and shall not include derogatory statements or comments about any individual."

Then finish out the statement with the rest of the current language.  If you have any questions, please let me know, thanks!

**Michael L. Hansen**
Mayor | City of Newton
O: 641-792-2787
M: 641-521-6755
mikeh@newtongov.org | www.newtongov.org



******CONFIDENTIALITY NOTICE******

NOTICE: Subject to the requirements of the Iowa Open Records Act, this message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. Subsection 2510-252, as amended, and contains information intended for the specified individual(s) only. This information may be confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, copying, or the taking of any action based on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. Thank you.

EXHIBIT

8·13·24 CQ

| | |
|---|---|
| From: | Mike Hansen <mikeh@newtongov.org> |
| Sent time: | 04/20/2022 03:01:07 PM |
| To: | City of Newton <CityofNewton@newtongov.org>; Matt Muckler <Matt@newtongov.org> |
| Subject: | RE: Public comment pt. 2 |

I'm fine with your reponse to Mr. Peterson.

Michael L. Hansen
Mayor | City of Newton
O: 641-792-2787
M: 641-521-6755
mikeh@newtongov.org | www.newtongov.org


******CONFIDENTIALITY NOTICE******

NOTICE: Subject to the requirements of the Iowa Open Records Act, this message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. Subsection 2510-252, as amended, and contains information intended for the specified individual(s) only. This information may be confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, copying, or the taking of any action based on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. Thank you.


-----Original Message-----
From: City of Newton Iowa
Sent: Wednesday, April 20, 2022 2:04 PM
To: Mike Hansen ; Matt Muckler
Subject: RE: Public comment pt. 2

This is a response I was going to send to Noah. Do you have any changes or additions?


Thank you Noah, is there something specific that your comments are referring too that I can look into for you? Are you referring to Newton specifically or police in general? The City of Newton does commit funding to the HIRTA Public Transportation System and to low to moderate income housing projects within the community. The substance abuse issue is of concern all across the country. With the opioid settlement being recently resolved, the Iowa Department of Public Health, the Iowa Department of Human Services, and the University of Iowa will be determining how best to use the state's share to boost addiction treatment and prevention efforts within the state. If you would like more information regarding these programs please let us know.

Comments during a City Council Meeting must be related to specific City policies or the provision of City services and shall not include derogatory statements. I will forward your comments on but they will not be read aloud during a council meeting due to the derogatory statements. If you have specific issues with the Newton Police Department, I invite you to contact the Chief of Police.



-----Original Message-----
From: Noah Petersen [mailto:PetersNoah321@hotmail.com]
Sent: Wednesday, April 20, 2022 12:34 PM
To: City of Newton Iowa
Subject: Re: Public comment pt. 2

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Thank you I noticed that later, idk why but when I looked my brain saw the 19th. I would like them read at the next meeting though too.

> On Apr 20, 2022, at 8:24 AM, City of Newton Iowa  wrote:
>
>
> Thank you for submitting your comments. The City Council meeting was held on Monday, April 18th, but your comments will be forwarded to the Mayor and Council.
>
>

**Appx. 876**

DEFS 0480

> From: Noah Petersen [mailto:PetersNoah321@hotmail.com]
> Sent: Tuesday, April 19, 2022 4:48 PM
> To: City of Newton Iowa
> Subject: Public comment pt. 2
>
> CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
>
> I'm sending this email to make it clear that I'm requesting my previous email be read aloud during the public comment period of the city council meeting today.

From: Noah Petersen
Sent: Tuesday, April 19, 2022 4:39:08 PM (UTC-06:00) Central Time (US & Canada)
To: City of Newton Iowa
Subject: Public comment

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello. This is my public comment for the city council meeting of April 19,2022.
Defund Newton police department. They are a violent, civil and human rights violating organization who do not make our community safer. Reallocate funds from policing to actually help people with substance abuse issues, it is a health issue and the 'war on drugs' is simply a harmful war on human beings in our community. Reallocate funds to an actually viable public transportation system. Reallocate funds to a different organization that deals with traffic infractions instead of an armed paramilitary to deal with traffic. Relocate funds to deal with the housing crisis by creating a robust public housing program for the poor and working class. Thank you

DEFS 0481



# EXHIBIT B

### PLAINTIFF'S COMPLAINT
### AND DEMAND FOR JURY TRIAL

*NOAH PETERSEN*
*V.*
*CITY OF NEWTON, IOWA, ET AL.,*

**Appx. 878**

**From:** Mike Hansen <mikeh@newtongov.org>
**Sent:** Friday, September 30, 2022 1:18:58 PM
**To:** █████████████████████████
**Subject:** Requested Information regarding Officer Winters ⚓

Mr. Peterson-
I have been advised by Chief Burdess that a response has been provided to you. It's my understanding from consultation with the city attorney, the information you requested are matters contained in personnel records and are exempt by Iowa Code as it pertains to personnel records and Peace Officer bill of Rights. As has been stated before on more than one occasion, Officer Winters has NEVER been charged or convicted of any type of domestic violence. The order you are referring to is a CIVIL matter agreed to by BOTH parties as a resolution to a civil matter between them. Any further request for information should be directed to Matt Brick, city attorney.
Respectfully,
Mayor Michael L. Hansen


Sent from my iPhone

**Appx. 879**

Deposition Exhibit 10
VIDEO
September 6 Newton City Council Meeting
**Appx. 880**

Deposition Exhibit 11
VIDEO
October 3 Newton City Council Meeting
**Appx. 881**

Deposition Exhibit 12
VIDEO
October 24 Newton City Council Meeting
**Appx. 882**

Deposition Exhibit 13
VIDEO
Plaintiff Noah Petersen's Arrest on
October 24 at Newton City Council Meeting
**Appx. 883**