## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| **NOAH PETERSEN**, | |
| *Plaintiff*, | Civil Action No.: 4:23-cv-00408-SMR-SBJ |
| v. | |
| | **AGREED MOTION TO EXTEND DEADLINES TO RESPOND TO CROSS MOTIONS FOR SUMMARY JUDGMENT** |
| **CITY OF NEWTON, IOWA**, et al., | |
| *Defendants*. | |

**COMES NOW** Plaintiff Noah Petersen, and for his Motion to Extend Deadlines, respectfully states the following:

1.     Plaintiff conferred with Defendants about this motion and Defendants agreed to extend the deadlines for both Plaintiff's and Defendants' responses to the cross motions for summary judgment.

2.     Pursuant to the Court's Scheduling Order, the parties were required to file dispositive motions by October 7, 2024. (Doc. 14 at 2.)

3.     Under Local Rule 56(b), "a party resisting a motion for summary judgment must, within 21 days after service of the motion," file (1) a response brief, (2) a response to the statement of facts, (3) a statement of additional material facts, and (4) an appendix.

4. Both parties moved for summary judgment on all nine claims. Plaintiff's claims alleged multiple violations of the First and Fourth Amendments and of the Fourteenth Amendment's Equal Protection and Due Process Clause.

5. Defendants filed their motion for summary judgment on September 27, 2024. Per Local Rule 56(b), Plaintiff's response to Defendants' motion is currently due on October 18, 2024.

6. Plaintiff filed his motion for summary judgment on October 7, 2024. Per Local Rule 56(b), Defendants' response to Plaintiff's motion is currently due on October 28, 2024.

7. The Court granted Plaintiff's motion to file an overlength summary judgment brief (Doc. 28), which, due to the factual and legal complexity of the case, was 50 pages long. (Doc. 26-1.) For the same reasons, Plaintiff's statement of material facts included 428 paragraphs on 67 pages. (Doc. 27-1.)

8. Under Local Rule 7(j), a party may move to continue or to extend a deadline.

9. With Defendants' consent, Plaintiff respectfully asks the Court to extend both deadlines—by 10 days—to respond to the cross motions for summary judgment.

10. A 10-day extension would change Plaintiff's response date from October 18, 2024, to October 28, 2024.

11. A 10-day extension would change Defendants' response date from October 28, 2024, to November 7, 2024.

12.     These short extensions will not delay the Court's consideration of the cross motions for summary judgment.

13.     There have been no previous extensions related to the summary judgment motions.

14.     Trial is scheduled to start on May 12, 2025, with the Final Pretrial Conference scheduled for April 17, 2025. (Doc. 14 at 1.)

15.     Defendants consented to this motion.

**WHEREFORE,** Plaintiff requests the court to grant: (1) a 10-day extension for Plaintiff to respond to Defendants' motion for summary judgment, making Plaintiff's new deadline October 28, 2024; and (2) a 10-day extension for Defendants to respond to Plaintiff's motion for summary judgment, making Defendants' new deadline November 7, 2024.

Date: October 10, 2024.                                    Respectfully submitted,

/s/ *Brian A. Morris*
Brian A. Morris*
Patrick Jaicomo*
James T. Knight II*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, Virginia 22203
Tel: (703) 682-9320
bmorris@ij.org
pjaicomo@ij.org
jknight@ij.org

Gina Messamer (AT0011823)
PARRISH KRUIDENIER LAW FIRM
2910 Grand Avenue
Des Moines, Iowa 50312
Tel: (515) 284-5737
gmessamer@parrishlaw.com

*Counsel for Plaintiff Noah Petersen*

*Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that, on October 10, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all registered participants identified on the Notice of Electronic Filing.

*/s/ Brian A. Morris*
Brian A. Morris