UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **NOAH PETERSEN**, *Plaintiff*, v. **CITY OF NEWTON, IOWA**, et al., *Defendants*. | Civil Action No.: 4:23-cv-00408-SMR-SBJ **MOTION TO FILE OVERLENGTH BRIEF IN RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

**COMES NOW** Plaintiff Noah Petersen who respectfully states the following:

1. Under Local Rule 7(h), briefs "may not be more than 20 pages in length."

2. Plaintiff asks the Court to accept his overlength 53-page brief responding in opposition to Defendants' motion for summary judgment. The extra pages will allow Plaintiff to fully develop his responses to Defendants' arguments.

3. Defendant moved for summary judgment on all nine of Plaintiff's constitutional claims against three Defendants. Plaintiff's claims allege multiple violations of the First, Fourth, and Fourteenth Amendments. (Compl., Doc. 1, 24–53.)

4. In their motion for summary judgment, Defendants raised various arguments in defense, including qualified immunity, that require extensive discussion of caselaw and its application to Plaintiff's claims.

1

5. To fully explain why Defendants' arguments are wrong on each of the nine constitutional claims (along with their various defenses), Plaintiff's response to Defendants' motion for summary judgment exceeds Local Rule 7(h)'s 20-page limit.

6. Plaintiff also moved for summary judgment on all nine constitutional claims. The Court granted Plaintiff's unopposed motion to file his overlength summary judgment brief. (Doc. 28.)

7. Defendants have no objection to this motion.

8. Plaintiff's response brief is attached to this motion.

**WHEREFORE,** Plaintiff requests the Court grant him permission to file an overlength brief.

Date: October 28, 2024.

Respectfully submitted,

/s/ *Brian A. Morris*
Brian A. Morris*
Patrick Jaicomo*
James T. Knight II*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, Virginia 22203
Tel: (703) 682-9320
bmorris@ij.org
pjaicomo@ij.org
jknight@ij.org

Gina Messamer (AT0011823)
PARRISH KRUIDENIER LAW FIRM
2910 Grand Avenue
Des Moines, Iowa 50312
Tel: (515) 284-5737
gmessamer@parrishlaw.com

*Counsel for Plaintiff Noah Petersen*

*Admitted *Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 28, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all registered participants identified on the Notice of Electronic Filing.

*/s/ Brian A. Morris*
Brian A. Morris