UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **NOAH PETERSEN**,<br>　　　　　*Plaintiff*,<br><br>v.<br><br>**CITY OF NEWTON, IOWA**, **MICHAEL HANSEN**, Mayor of Newton, sued in his official and individual capacity, and **ROB BURDESS**, Chief of the Newton Police Department, sued in his official and individual capacity<br>　　　　　*Defendants*. | Civil Action No.: 4:23-cv-00408-SMR-SBJ<br><br>**DEFENDANTS' (Unopposed) MOTION TO EXTEND DEADLINES TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT and REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

**COME NOW** Defendants, City of Newton, Iowa, Michael Hansen, and Rob Burdess and for this Unopposed Motion to Extend Deadlines to Respond to Plaintiff's Motion for Summary Judgment and Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment state as follows:

1. Defendants conferred with Plaintiff about this motion and Plaintiff agreed to a brief extension of Defendants' pending deadlines.

2. By previous order, this Court extended parties' deadlines to respond to each other's motions for summary judgment. Defendants' response is presently due November 7, 2024. *See* Docket 31.

3. Plaintiff filed their response to Defendants' Motion for Summary Judgment on October 28, 2024. *See* Docket 33.

4. Under Local Rule 56(d), Defendants' Reply to "Resisting Party's Documents" is due November 4, 2024.

5. The Court granted Plaintiff's request to file an overlength brief, resulting in a 65-page response to Defendants' Motion for Summary Judgment. *See* Docket 33-34.

1

6. Given the voluminous nature of the briefing in this case and the overlapping arguments and facts with the dueling motions for summary judgment, Defendants are requesting a brief extension of deadlines to allow them to file a combined response and reply brief to the pending motions, with the attendant documents accompanying the brief.

7. Under Local Rule 7(j), a party may move to continue or to extend a deadline.

8. With the Plaintiff's consent, Defendants respectfully ask the Court to extend both deadlines to Friday, November 8, 2024.

9. This would result in a 4-day extension on Defendants' Reply deadline and a 1-day extension to Defendants' Response deadline.

10. These short extensions will not delay the Court's consideration of the cross motions for summary judgment.

11. Trial is scheduled to start on May 12, 2025, with the Final Pretrial Conference scheduled for April 17, 2025. Docket 14 at 1.

12. Plaintiffs consented to this Motion.

**WHEREFORE**, Defendants' request the court grant: (1) a 4-day extension for Defendants to Reply to Plaintiff's Response (Docket 33), making Defendants' new deadline November 8, 2024; and (2) a 1-day extension for Defendants to respond to Plaintiff's motion for summary judgment (Docket 27), making Defendants' new deadline November 8, 2024.

        CITY OF NEWTON, MICHAEL HANSEN, and ROB BURDESS,
        Defendants,

       By: _____
        Jason C. Palmer  AT0006089
        Georgia R. Rice  AT0015229
        LAMSON DUGAN & MURRAY, LLP
        6400 Westown Pkwy, Ste. 280
        West Des Moines, IA  50266
        Phone:  (515) 823-0458
        Fax:  (515) 298-6536
        E-Mail:  jpalmer@ldmlaw.com
            grice@ldmlaw.com

        ATTORNEYS FOR DEFENDANTS


Patrick Jaicomo*
James T. Knight II*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, Virginia 22203
Tel: (703) 682-9320
bmorris@ij.org
pjaicomo@ij.org
jknight@ij.org

Gina Messamer (AT0011823)
PARRISH KRUIDENIER LAW FIRM
2910 Grand Avenue
Des Moines, Iowa 50312
Tel: (515) 284-5737
gmessamer@parrishlaw.com

Counsel for Plaintiff Noah Petersen
*Admitted Pro Hac Vice

ATTORNEYS FOR PLAINTIFF

3

| CERTIFICATE OF SERVICE |
|---|
| The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on the 4 day of November 2024 by:<br><br>☐ U.S. Mail         ☐ FAX<br>☐ Hand Delivered   ☐ UPS<br>☐ Federal Express  ☑ Other: CM-ECF<br><br>/s/ *Misty Munoz* |