# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **NOAH PETERSEN**,<br><br>    *Plaintiff,*<br><br>v.<br><br>**CITY OF NEWTON, IOWA**, **et al.**,<br><br>    *Defendants.* | Civil Action No.: 4:23-cv-00408-SMR-SBJ<br><br>**MOTION TO FILE OVERLENGTH BRIEF IN REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

**COMES NOW** Plaintiff Noah Petersen who respectfully states the following:

1. Under Local Rule 7(g), reply briefs, "may not be more than 5 pages in length."

2. Defendant filed a combined brief both (a) opposing Plaintiff's motion for summary judgment, and (b) replying in support of Defendants' motion for summary judgment. (Doc. 37.) Both sides moved for judgment on Plaintiff's nine constitutional claims against three Defendants. (Compl., Doc. 1, 24–53.)

3. Plaintiff asks the Court to accept his overlength 18-page brief, which replies to Defendants' combined brief.

4. The extra pages will allow Plaintiff to fully explain why Defendants' arguments (along with their various defenses) are wrong, As such, Plaintiff's reply exceeds Local Rule 7(g)'s 5-page limit.

5. Defendants have no objection to this motion.

1

6. Plaintiff's reply brief is attached to this motion.

**WHEREFORE,** Plaintiff requests the Court grant him permission to file an overlength brief.

Date: November 15, 2024.

Respectfully submitted,

/s/ *Brian A. Morris*
Brian A. Morris*
Patrick Jaicomo*
James T. Knight II*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, Virginia 22203
Tel: (703) 682-9320
bmorris@ij.org
pjaicomo@ij.org
jknight@ij.org

Gina Messamer (AT0011823)
PARRISH KRUIDENIER LAW FIRM
2910 Grand Avenue
Des Moines, Iowa 50312
Tel: (515) 284-5737
gmessamer@parrishlaw.com

*Counsel for Plaintiff Noah Petersen*

*Admitted *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on November 15, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all registered participants identified on the Notice of Electronic Filing.

                                            */s/ Brian A. Morris*
                                            Brian A. Morris