## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| **NOAH PETERSEN**, | |
| *Plaintiff,* | Civil Action No.: 4:23-cv-00408-SMR-SBJ |
| v. | |
| **CITY OF NEWTON, IOWA**, **et al.**, | **MOTION TO REQUEST STATUS CONFERENCE** |
| *Defendants.* | |

**COMES NOW** Plaintiff Noah Petersen, and for his Motion to Request Status Conference, respectfully states the following:

1.      Plaintiff requests a status conference with the Court to discuss the status of the case and the potential extension of the pretrial deadlines.

2.      Plaintiff's counsel informed the Court of this request on March 10, 2025. (*See* Doc. 41.)

3.      On September 27, 2024, Defendants filed a motion for summary judgment, which, if granted in full, would resolve all the claims in this case. (Doc. 24.)

4.      On October 7, 2024, Plaintiff also filed a motion for summary judgment, which, if granted in full, would resolve liability on all the claims in this case, leaving only the issue of damages for trial. (Docs. 27, 29.)

5.      These cross motions for summary judgment are fully briefed and could significantly narrow the facts, issues, and claims to be presented at trial, including whether a trial is needed.

6.      Trial is scheduled to start on May 12, 2025, with the Final Pretrial Conference scheduled for April 17, 2025. (Doc. 14 at 1.)

7.      To prepare for the Final Pretrial Conference, several important deadlines are upcoming, including pretrial motions due on March 27, 2025, and a proposed Final Pretrial Order, along with trial documents, due on April 14, 2025. (Doc 15, ¶¶ 3-5.)

8.      There have been no previous extensions related to these deadlines, the Final Pretrial Conference, or the trial date.

**WHEREFORE,** Plaintiff requests the court to schedule a status conference with the parties to discuss the status of the case and potentially extend these deadlines until the cross-motions for summary judgment are resolved.

Date: March 11, 2025.                    Respectfully submitted,

                                          /s/ *Brian A. Morris*
                                          Brian A. Morris*
                                          Patrick Jaicomo*
                                          James T. Knight II*
                                          INSTITUTE FOR JUSTICE
                                          901 N. Glebe Road, Suite 900
                                          Arlington, Virginia 22203
                                          Tel: (703) 682-9320
                                          bmorris@ij.org
                                          pjaicomo@ij.org
                                          jknight@ij.org

Gina Messamer (AT0011823)
PARRISH KRUIDENIER LAW FIRM
2910 Grand Avenue
Des Moines, Iowa 50312
Tel: (515) 284-5737
gmessamer@parrishlaw.com

*Counsel for Plaintiff Noah Petersen*

\*Admitted *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 11, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all registered participants identified on the Notice of Electronic Filing.

/s/ Brian A. Morris
Brian A. Morris