# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **NOAH PETERSEN**, *Plaintiff,* v. **CITY OF NEWTON, IOWA**, **et al.**, *Defendants.* | Civil Action No.: 4:23-cv-00408-SMR-SBJ  **NOTICE OF WITHDRAWAL** |

COMES NOW, the undersigned, Brian A. Morris, provides notice of his withdrawal as counsel for Plaintiff Noah Petersen. In support thereof, the undersigned states as follows:

1. On October 13, 2023, Brian A. Morris was admitted *pro hac vice* for the above captioned case.

2. Mr. Morris has accepted a job outside of the Institute for Justice and will be departing the firm.

3. James T. Knight II, Patrick Jaicomo, and Gina Messamer will remain as counsel for Plaintiff upon Mr. Morris' departure.

4. Pursuant to Local Rule 83(d)(6), trial is scheduled to begin April 27, 2026, a Motion for Summary Judgment was filed on October 9, 2024 and is currently pending.

WHEREFORE, Brian A. Morris respectfully provides notice of his withdrawal as counsel for Plaintiff Noah Petersen.

Dated: May 12, 2024

Respectfully submitted,
/s/ Brian A. Morris
Brian A. Morris*
Patrick Jaicomo*
James T. Knight II*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, Virginia 22203
Tel: (703) 682-9320
bmorris@ij.org
pjaicomo@ij.org
jknight@ij.org

Gina Messamer (AT0011823)
PARRISH KRUIDENIER LAW FIRM
2910 Grand Avenue
Des Moines, Iowa 50312
Tel: (515) 284-5737
gmessamer@parrishlaw.com

*Counsel for Plaintiff Noah Petersen*
*Admitted *Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 12, 2025, I electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all registered participants identified on the Notice of Electronic Filing.

*/s/ Brian A. Morris*
Brian A. Morris