## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| **NOAH PETERSEN**, <br> *Plaintiff*, <br><br> v. <br><br> **CITY OF NEWTON, IOWA**, **MICHAEL HANSEN**, Mayor of Newton, sued in his official and individual capacity, and **ROB BURDESS**, Chief of the Newton Police Department, sued in his official and individual capacity <br> *Defendants*. | Civil Action No.: 4:23-cv-00408-SMR-SBJ <br><br> **JOINT MOTION FOR STATUS UPDATE** |

**COMES NOW**, all parties to this action, including Plaintiff and Defendants, by and through the undersigned counsel and in support of this Joint Motion for Status Update on Rulings on Motions for Summary Judgment state as follows:

1. On September 27, 2024, Defendants moved for summary judgment, which, if fully granted, would end the entire case. (Doc. 24.)

2. On October 7, 2024, The plaintiff also filed a motion for summary judgment, seeking to establish the defendants' liability on all claims and leave only damages for trial. (Docs. 27, 29.)

3. These cross motions for summary judgment are fully briefed and could significantly narrow the facts, issues, and claims to be presented at trial, including whether a trial is needed.

4. Trial is scheduled to commence on April 27, 2026, with the Final Pretrial Conference on April 2, 2026. (Doc. 52)

5. To prepare for the Final Pretrial Conference, please note the following deadlines: Pretrial motions are due by March 12, 2026, and a proposed Final Pretrial Order, along with trial documents, must be submitted by March 30, 2026. (Doc 15, ¶¶ 3-5.)

**WHEREFORE,** Plaintiff and Defendants respectfully request that this Joint Motion for Status Update be granted.

Respectfully Submitted,

By: _____
    Jason C. Palmer  AT0006089
    Georgia R. Rice  AT0015229
    LAMSON DUGAN & MURRAY, LLP
    6400 Westown Pkwy, Ste. 280
    West Des Moines, IA  50266
    Phone:  (515) 823-0458
    Fax:  (515) 298-6536
    E-Mail:  jpalmer@ldmlaw.com
             grice@ldmlaw.com

    ATTORNEYS FOR DEFENDANTS

By: */s/ Patrick Jaicomo*_____
    Patrick Jaicomo*
    James T. Knight II*
    INSTITUTE FOR JUSTICE
    901 N. Glebe Road, Suite 900
    Arlington, Virginia 22203
    Tel: (703) 682-9320
    bmorris@ij.org
    pjaicomo@ij.org
    jknight@ij.org

By: */s/ Gina Messamer*_____

Gina Messamer (AT0011823)
PARRISH KRUIDENIER LAW FIRM
2910 Grand Avenue
Des Moines, Iowa 50312
Tel: (515) 284-5737
gmessamer@parrishlaw.com

Counsel for Plaintiff Noah Petersen
*Admitted Pro Hac Vice

ATTORNEYS FOR PLAINTIFF

---

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on Friday, December 12, 2025 by:

☐ U.S. Mail           ☐ FAX
☐ Hand Delivered      ☐ UPS
☐ Federal Express     ☑ Other: CM-ECF

/s/ *Misty Munoz*