**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| **NOAH PETERSEN**, <br> *Plaintiff*, <br><br> v. <br><br> **CITY OF NEWTON, IOWA**, **MICHAEL HANSEN**, Mayor of Newton, sued in his official and individual capacity, and **ROB BURDESS**, Chief of the Newton Police Department, sued in his official and individual capacity <br> *Defendants*. | Civil Action No.: 4:23-cv-00408-SMR-SBJ <br><br> **NOTICE OF ERRATA AND CORRECTION TO JOINT MOTION FOR STATUS UPDATE** |

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

PLEASE TAKE NOTICE that Defendants hereby provide this notice of errata and correction as follows:

On December 12, 2025, the undresigned filed a Joint Motion for Status Update that was inadvertently submitted under co-counsel in violation of local rules. This notice of errata hereby corrects that error.

Respectfully Submitted,

By: _____
Jason C. Palmer  AT0006089
Georgia R. Rice  AT0015229
LAMSON DUGAN & MURRAY, LLP
6400 Westown Pkwy, Ste. 280
West Des Moines, IA  50266
Phone:  (515) 823-0458

1

Fax:  (515) 298-6536
E-Mail:  jpalmer@ldmlaw.com
            grice@ldmlaw.com

ATTORNEYS FOR DEFENDANTS

By: */s/ Patrick Jaicomo*_____
        Patrick Jaicomo*
        James T. Knight II*
        INSTITUTE FOR JUSTICE
        901 N. Glebe Road, Suite 900
        Arlington, Virginia 22203
        Tel: (703) 682-9320
        bmorris@ij.org
        pjaicomo@ij.org
        jknight@ij.org


By: */s/ Gina Messamer*_____
        Gina Messamer (AT0011823)
        PARRISH KRUIDENIER LAW FIRM
        2910 Grand Avenue
        Des Moines, Iowa 50312
        Tel: (515) 284-5737
        gmessamer@parrishlaw.com

        Counsel for Plaintiff Noah Petersen
        *Admitted Pro Hac Vice

ATTORNEYS FOR PLAINTIFF

---

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on Monday, December 15, 2025 by:

☐ U.S. Mail                    ☐ FAX
☐ Hand Delivered        ☐ UPS
☐ Federal Express        ☑ Other: CM-ECF

*/s/ Misty Munoz*_____