## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| **NOAH PETERSEN**,<br>                    *Plaintiff*,<br><br>v.<br><br>**CITY OF NEWTON, IOWA, MICHAEL HANSEN**, Mayor of Newton, sued in his official and individual capacity, and **ROB BURDESS**, Chief of the Newton Police Department, sued in his official and individual capacity<br>                    *Defendants*. | Civil Action No.: 4:23-cv-00408-SMR-SBJ<br><br>**UNOPPOSED MOTION TO CONTINUE TRIAL DATE** |

**COME NOW** Defendants, City of Newton, Iowa, Michael Hansen, and Rob Burdess, by and through the undersigned counsel, and hereby state the following in support of their Unopposed Motion to Continue Trial Date:

1.   Under Local Rules 7(j) and 16(f), a party may ask the Court "to continue a scheduled matter," including a request to continue the deadlines in the scheduling order. Defendants move the Court to continue the trial date, which is currently scheduled for April 27, 2026, along with the associated deadlines.

2.   Plaintiff does not oppose this motion.

3.    There is good cause to grant the motion. The parties have completed discovery and filed cross-motions for summary judgment, the outcome of which could substantially change the scope or necessity for trial.

4.   Plaintiff filed his Complaint on October 12, 2023, alleging nine constitutional claims against Defendants. (Doc. 1).

5.   On January 11, 2024, the Court entered an order setting the schedule and trial date in

1

this case. The trial, which is expected to last three days, was originally scheduled to start on May 12, 2025. (Doc. 14, ¶¶1-2).

6.    The parties adhered to the Court's scheduling order, without modification, to complete discovery by September 9, 2024, and to file dispositive motions by October 7, 2024. (Doc. 14, ¶¶ 9-10).

7.    On September 27, 2024, Defendants filed a motion for summary judgment, which, if granted in full, would resolve all nine claims in this case. (Doc. 24).

8.    On October 7, 2024, Plaintiff filed a motion for summary judgment, which, if granted in full, would resolve liability on all nine claims in this case, leaving only the issue of damages for trial. (Docs. 27, 29).

9.    On March 19, 2025, Plaintiff filed an unopposed motion to continue the trial date. At that time, trial was scheduled for May 12, 2025 (Doc. 46).

10.  The Court granted the motion to continue on March 20, 2025. (Doc. 47).

11.  On April 16, 2025, the Court entered an order setting the trial for April 27, 2026, and the final pretrial conference for April 2, 2026. (Doc. 52).

12.  The Court held a status conference on January 15, 2026, but did not provide a specific timing-update regarding the pending motions for summary judgment.

13.  These cross-motions for summary judgment are fully briefed and could significantly narrow the facts, issues, and claims to be presented at trial, including whether a trial is needed.

14.  To prepare for the Final Pretrial Conference, several important deadlines are upcoming, including pretrial motions due on March 12, 2026, and a proposed Final Pretrial Order, along with trial documents, due on March 30, 2026.

15.  Against this backdrop, there is good cause to grant this motion. The parties have

completed discovery and adhered to every deadline. The only remaining issue is trial, which, as discussed, may be substantially narrowed (or rendered unnecessary) depending on the resolution of the cross-motions for summary judgment. Thus, to avoid expending the resources of the Court and the parties to prepare for a trial that may not be needed, Defendants suggest (and Plaintiff does not oppose) continuing the trial date and associated deadlines so that the Court can first resolve the motions for summary judgment.

**WHEREFORE**, Defendants respectfully request the Court to vacate the remaining schedule in this case, including:

(i)     the deadline for pretrial motions on March 12, 2026;

(ii)    the deadline for filing a proposed Final Pretrial Order, along with the required trial documents, on March 30, 2026;

(iii)   the Final Pretrial Conference on April 2, 2026; and

(iv)    the Trial scheduled to begin on April 27, 2026.

Defendants would then request the Court to schedule a status conference with the parties to discuss the Court's availability for a new trial date and final pretrial conference—and to set new filing deadlines associated with those dates.

CITY OF NEWTON, MICHAEL HANSEN, and ROB BURDESS, Defendants,

By: _____

Jason C. Palmer  AT0006089
Georgia R. Rice  AT0015229
LAMSON DUGAN & MURRAY, LLP
6400 Westown Pkwy, Ste. 280
West Des Moines, IA  50266
Phone:  (515) 823-0458

Fax:  (515) 298-6536
E-Mail:  jpalmer@ldmlaw.com
           grice@ldmlaw.com

ATTORNEYS FOR DEFENDANTS


Patrick Jaicomo*
James T. Knight II*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, Virginia 22203
Tel: (703) 682-9320
bmorris@ij.org
pjaicomo@ij.org
jknight@ij.org

Gina Messamer (AT0011823)
PARRISH KRUIDENIER LAW FIRM
2910 Grand Avenue
Des Moines, Iowa 50312
Tel: (515) 284-5737
gmessamer@parrishlaw.com

Counsel for Plaintiff Noah Petersen
*Admitted Pro Hac Vice

ATTORNEYS FOR PLAINTIFF

| CERTIFICATE OF SERVICE |
|---|
| The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on Thursday, February 12, 2026 by: |

☐ U.S. Mail               ☐ FAX
☐ Hand Delivered          ☐ UPS
☐ Federal Express         ☑ Other: CM-ECF

/s/ Misty Munoz

4927-0235-2527, v. 1