# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| **NOAH PETERSEN**, <br> *Plaintiff*, <br><br> v. <br><br> **CITY OF NEWTON, IOWA**, **MICHAEL HANSEN**, Mayor of Newton, sued in his official and individual capacity, and **ROB BURDESS**, Chief of the Newton Police Department, sued in his official and individual capacity <br> *Defendants*. | Civil Action No.: 4:23-cv-00408-SMR-SBJ <br><br> **NOTICE OF APPEAL** |

Purusant to Federal Rules of Appellate Procedure 3 and 4, notice is hereby given that Defendants City of Newton, Iowa, Michael Hansen, and Rob Burdess appeal to the United States Court of Appeals for the Eighth Circuit from the order on cross-motions for summary judgment granting in part and denying in part Defendants' motion for summary judgment, entered in this action on the 23rd day of February 2026, and from all adverse rulings and orders inhering therein.

CITY OF NEWTON, MICHAEL HANSEN, and ROB BURDESS, Defendants,

By: _____

Jason C. Palmer  AT0006089
Georgia R. Rice  AT0015229
LAMSON DUGAN & MURRAY, LLP
6400 Westown Pkwy, Ste. 280
West Des Moines, IA  50266
Phone:  (515) 823-0458
Fax:  (515) 298-6536
E-Mail:  jpalmer@ldmlaw.com
                grice@ldmlaw.com

1

ATTORNEYS FOR DEFENDANTS

Original efiled.

Copies to:

Patrick Jaicomo*
James T. Knight II*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, Virginia 22203
Tel: (703) 682-9320
bmorris@ij.org
pjaicomo@ij.org
jknight@ij.org

Gina Messamer (AT0011823)
PARRISH KRUIDENIER LAW FIRM
2910 Grand Avenue
Des Moines, Iowa 50312
Tel: (515) 284-5737
gmessamer@parrishlaw.com

Counsel for Plaintiff Noah Petersen
*Admitted Pro Hac Vice

ATTORNEYS FOR PLAINTIFF

<table>
<tr><td colspan="2">CERTIFICATE OF SERVICE</td></tr>
<tr><td colspan="2">The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on Tuesday, March 17, 2026 by:</td></tr>
<tr><td>☐ U.S. Mail<br>☐ Hand Delivered<br>☐ Federal Express</td><td>☐ FAX<br>☐ UPS<br>☒ Other: CM-ECF</td></tr>
<tr><td colspan="2">/s/ Georgia R. Rice</td></tr>
</table>

4922-0121-8200, v. 2

2